# Exhibit A

# Maryland Judiciary Case Search

**NOTICE: Available**

## Case Detail

### Case Information

Court System: **Circuit Court For Baltimore County - Civil**
Location: **Baltimore County Circuit Court**
Case Number: **C-03-CV-24-004019**
Title: **John Doe 1, et al. vs. World Wrestling Entertainment, LLC, et al.**
Case Type: **Tort - Negligence**
Filing Date: **10/23/2024**
Case Status: **Open**

### Involved Parties Information

#### Plaintiff

Name: **Doe 4, John**

Address: **c/o Murphy Falcon & Murphy**
**One South Street, 30th Floor**
City: **Baltimore**   State: **MD**   Zip Code: **21202**

#### Attorney(s) for the Plaintiff

Name:   **Murphy, William H Jr.**
Appearance Date: **10/23/2024**
Address Line 1:   **THE MURPHY FIRM**
Address Line 2:   **ONE SOUTH ST**
Address Line 3:   **STE 2300**
City:   **BALTIMORE**   State: **MD**   Zip Code: **21202**

Name:   **Faublas, Phylecia Renee**
Appearance Date: **10/23/2024**

#### Plaintiff

Name: **Doe 5, John**

Address: **c/o Murphy Falcon & Murphy**
**One South Street, 30th Floor**
City: **Baltimore**   State: **MD**   Zip Code: **21202**

### Attorney(s) for the Plaintiff

| | |
|---|---|
| Name: | **Murphy, William H Jr.** |
| Appearance Date: | **10/23/2024** |
| Address Line 1: | **THE MURPHY FIRM** |
| Address Line 2: | **ONE SOUTH ST** |
| Address Line 3: | **STE 2300** |
| City: | **BALTIMORE**   State: **MD**   Zip Code: **21202** |

| | |
|---|---|
| Name: | **Faublas, Phylecia Renee** |
| Appearance Date: | **10/23/2024** |

---

## Plaintiff

Name: **Doe 2, John**

Address: **c/o Murphy Falcon & Murphy**
**One South Street, 30th Floor**
City:   **Baltimore**   State: **MD**   Zip Code: **21202**

### Attorney(s) for the Plaintiff

| | |
|---|---|
| Name: | **Murphy, William H Jr.** |
| Appearance Date: | **10/23/2024** |
| Address Line 1: | **THE MURPHY FIRM** |
| Address Line 2: | **ONE SOUTH ST** |
| Address Line 3: | **STE 2300** |
| City: | **BALTIMORE**   State: **MD**   Zip Code: **21202** |

| | |
|---|---|
| Name: | **Faublas, Phylecia Renee** |
| Appearance Date: | **10/23/2024** |

---

## Plaintiff

Name: **Doe 3, John**

Address: **c/o Murphy Falcon & Murphy**
**One South Street, 30th Floor**
City:   **Baltimore**   State: **MD**   Zip Code: **21202**

### Attorney(s) for the Plaintiff

| | |
|---|---|
| Name: | **Murphy, William H Jr.** |
| Appearance Date: | **10/23/2024** |
| Address Line 1: | **THE MURPHY FIRM** |
| Address Line 2: | **ONE SOUTH ST** |
| Address Line 3: | **STE 2300** |

City:           **BALTIMORE**   State: **MD**   Zip Code: **21202**

Name:           **Faublas, Phylecia Renee**
Appearance Date: **10/23/2024**

---

## Defendant

Name: **McMahon, Vincent K.**

Address: **677 Washington Boulevard**
City:           **STAMFORD**   State: **CT**   Zip Code: **06901-3718**

---

## Defendant

Name: **McMahon, Linda**

Address: **400 S. Ocean Blvd., Apt. 7**
City:           **BOCA RATON**   State: **FL**   Zip Code: **33432**

---

## Plaintiff

Name: **Doe 1, John**

Address: **c/o Murphy Falcon & Murphy**
         **One South Street, 30th Floor**
City:           **Baltimore**   State: **MD**   Zip Code: **21202**

### Attorney(s) for the Plaintiff

Name:           **Faublas, Phylecia Renee**
Appearance Date: **10/23/2024**

Name:           **Murphy, William H Jr.**
Appearance Date: **10/23/2024**
Address Line 1:  **THE MURPHY FIRM**
Address Line 2:  **ONE SOUTH ST**
Address Line 3:  **STE 2300**
City:           **BALTIMORE**   State: **MD**   Zip Code: **21202**

---

## Defendant

Name: **World Wrestling Entertainment, LLC**

Address: **Serve On: Corporation Service Company**
         **Goodwin Square, 225 Asylum Street**

City: **HARTFORD**   State: **CT**   Zip Code: **06103**

## Defendant

Name: **TKO Group Holdings, Inc.**

Address: **200 Fifth Avenue**
**7th Floor**
City: **New York**   State: **NY**   Zip Code: **10010**

## Document Information

File Date:        **10/23/2024**
Document Name: **Case Information Report Filed**
Comment:        **Civil Cover Sheet**

File Date:        **10/23/2024**
Document Name: **Complaint / Petition**
Comment:        **Complaint with Demand for Jury Trial**

File Date:        **10/23/2024**
Document Name: **Demand / Request for Jury Trial**
Comment:

File Date:        **10/24/2024**
Document Name: **Summons Issued (Service Event)**
Comment:

File Date:        **10/24/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Summons**

File Date:        **10/24/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Summons**

File Date:        **10/24/2024**
Document Name: **Request to Issue**
Comment:        **Request for Writs of Summons for Defendants Vincent K. McMahon and Linda McMahon**

File Date:        **10/25/2024**
Document Name: **Summons Issued (Service Event)**

Case 1:24-cv-03487-JKB   Document 1-1   Filed 12/02/24   Page 6 of 6

| | |
|---|---|
| Comment: | |

| | |
|---|---|
| File Date: | **10/25/2024** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Summons** |

| | |
|---|---|
| File Date: | **10/25/2024** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Summons** |

## Service Information

| Service Type | Issued Date |
|---|---|
| **Summons Issued** | **10/24/2024** |
| **Summons Issued** | **10/25/2024** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2024. Maryland Judiciary. All rights reserved.

Service Desk: (410) 260-1114