# Exhibit C

| BUSINESS DETAILS | ⌄ |
|---|---|

# WORLD WRESTLING ENTERTAINMENT, LLC   ACTIVE

707 WASHINGTON BLVD, STAMFORD, CT, 06901, UNITED STATES

## Business Details

### General Information  +

### Principal Details  +

### Agent details  −

Agent name
CORPORATION SERVICE COMPANY

Agent Business address
GOODWIN SQUARE, 225 ASYLUM STREET, 20TH FLOOR, HARTFORD, CT, 06103, United States

Agent Mailing address
GOODWIN SQUARE, 225 ASYLUM STREET, 20TH FLOOR, HARTFORD, CT, 06103, United States

## Filing History

(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/8y000005TuCd/P87pwojPde3XCQlSW0rcv_1Hq1HZfK.g18bQarnJX4w)

Business Registration - Foreign Registration Statement
**0012596684**
Filing date: 4/1/2024
Filing time: 12:22 PM

Volume Type

Volume

Start page

Pages

Date generated



**CIRCUIT COURT FOR BALTIMORE COUNTY** Main: 410-887-3604
**MARYLAND**
401 Bosley Avenue, P.O. Box 6754, Towson, MD, 21285-6754

To: WORLD WRESTLING ENTERTAINMENT, LLC
SERVE ON: CORPORATION SERVICE COMPANY
GOODWIN SQUARE, 225 ASYLUM STREET
20TH FLOOR
HARTFORD, CT 06103

Case Number: C-03-CV-24-004019
Other Reference Number(s):
Child Support Enforcement Number:

JOHN DOE 1, ET AL. VS. WORLD WRESTLING ENTERTAINMENT, LLC, ET AL.

Issue Date: 10/24/2024

# WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5
c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT
INDIFFERENT PERSON 10/24/2024 8:05 AM

CC-CV-032 (Rev. 03/2024)    Page 1 of 3

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

John Doe 1, et al. vs. World Wrestling Entertainment, LLC, et al.  
Circuit Court for Baltimore County  
Case Number: C-03-CV-24-004019

Case 1:24-cv-03487-JKB   Document 1-3   Filed 12/02/24   Page 5 of 5

# SHERIFF'S RETURN
(please print)

To: WORLD WRESTLING ENTERTAINMENT, LLC

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
              Name of person served

on _____ at _____
   Date of service           Location of service

_____ by _____ with the following:
                                    Manner of service

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Other _____
  Please specify

- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories

(2) Was unable to serve because:
- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other _____
  Please specify

Sheriff fee: $ _____ ☐ waived by _____

_____  _____
Date                    Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).