# Exhibit D

**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**
401 Bosley Avenue, P.O. Box 6754, Towson, MD, 21285-6754

**To:** LINDA MCMAHON
400 S. OCEAN BLVD., APT. 7
BOCA RATON, FL 33432

**Case Number:** C-03-CV-24-004019
**Other Reference Number(s):**
**Child Support Enforcement Number:**

**JOHN DOE 1, ET AL. VS. WORLD WRESTLING ENTERTAINMENT, LLC, ET AL.**

Issue Date: 10/25/2024

# WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5
c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
   Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
   Personal attendance in court on the day named is NOT required.
   It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

CC-CV-032 (Rev. 03/2024)　　　　　　　　Page 1 of 3　　　　　　　　10/25/2024 8:52 AM

Case 1:24-cv-03487-JKB     Document 1-4     Filed 12/02/24     Page 3 of 16

John Doe 1, et al. vs. World Wrestling Entertainment, LLC, et al.

Circuit Court for Baltimore County
Case Number: C-03-CV-24-004019

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Case 1:24-cv-03487-JKB    Document 1-4    Filed 12/02/24    Page 4 of 16

Circuit Court for Baltimore County
John Doe 1, et al. vs. World Wrestling Entertainment, LLC, et al.    Case Number: C-03-CV-24-004019

# SHERIFF'S RETURN
(please print)

To: LINDA MCMAHON

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service            Location of service

_____ by _____ with the following:
                           Manner of service

☐ Summons                              ☐ Counter-Complaint
☐ Complaint                            ☐ Domestic Case Information Report
☐ Motions                              ☐ Financial Statement
☐ Petition and Show Cause Order        ☐ Interrogatories
☐ Other _____
        Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address     ☐ No such address
☐ Address not in jurisdiction          ☐ Other _____
                                              Please specify

Sheriff fee: $ _____    ☐ waived by _____

_____    _____
Date                   Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

**CIRCUIT COURT FOR BALTIMORE COUNTY**
**MARYLAND**
Main: 410-887-3601

401 Bosley Avenue, P.O. Box 6754, Towson, MD, 21285-6754

**To:** VINCENT K. MCMAHON
677 WASHINGTON BOULEVARD
STAMFORD, CT 06901-3718

| | |
|---|---|
| **Case Number:** | C-03-CV-24-004019 |
| **Other Reference Number(s):** | |
| **Child Support Enforcement Number:** | |

JOHN DOE 1, ET AL. VS. WORLD WRESTLING ENTERTAINMENT, LLC, ET AL.

Issue Date: 10/25/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5
c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
   Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
   Personal attendance in court on the day named is NOT required.
   It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

Case 1:24-cv-03487-JKB   Document 1-4   Filed 12/02/24   Page 6 of 16

John Doe 1, et al. vs. World Wrestling Entertainment, LLC, et al.

Circuit Court for Baltimore County
Case Number: C-03-CV-24-004019

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Case 1:24-cv-03487-JKB   Document 1-4   Filed 12/02/24   Page 7 of 16

John Doe 1, et al. vs. World Wrestling Entertainment, LLC, et al.

Circuit Court for Baltimore County
Case Number: C-03-CV-24-004019

# SHERIFF'S RETURN
(please print)

To: VINCENT K. MCMAHON

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service            Location of service

by _____ with the following:
Manner of service

- [ ] Summons
- [ ] Complaint
- [ ] Motions
- [ ] Petition and Show Cause Order
- [ ] Other _____
Please specify

- [ ] Counter-Complaint
- [ ] Domestic Case Information Report
- [ ] Financial Statement
- [ ] Interrogatories

(2) Was unable to serve because:
- [ ] Moved left no forwarding address
- [ ] Address not in jurisdiction
- [ ] No such address
- [ ] Other _____
Please specify

Sheriff fee: $ _____  [ ] waived by _____

_____   _____
Date                 Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**

Main: 410-887-2601

401 Bosley Avenue, P.O. Box 6754, Towson, MD, 21285-6754

**To:** VINCENT K. MCMAHON
677 WASHINGTON BOULEVARD
STAMFORD, CT 06901-3718

**Case Number:** C-03-CV-24-004019
**Other Reference Number(s):**
**Child Support Enforcement Number:**

**JOHN DOE 1, ET AL. VS. WORLD WRESTLING ENTERTAINMENT, LLC, ET AL.**

Issue Date: 10/25/2024

# WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5
c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
   Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
   Personal attendance in court on the day named is NOT required.
   It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

Case 1:24-cv-03487-JKB   Document 1-4   Filed 12/02/24   Page 9 of 16

John Doe 1, et al. vs. World Wrestling Entertainment, LLC, et al.

Circuit Court for Baltimore County
Case Number: C-03-CV-24-004019

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Case 1:24-cv-03487-JKB    Document 1-4    Filed 12/02/24    Page 10 of 16

John Doe 1, et al. vs. World Wrestling Entertainment, LLC, et al.

Circuit Court for Baltimore County
Case Number: C-03-CV-24-004019

## SHERIFF'S RETURN
(please print)

To: VINCENT K. MCMAHON

_____  ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service        Location of service

_____ by _____ with the following:
Manner of service

- [ ] Summons
- [ ] Complaint
- [ ] Motions
- [ ] Petition and Show Cause Order
- [ ] Other _____
Please specify

- [ ] Counter-Complaint
- [ ] Domestic Case Information Report
- [ ] Financial Statement
- [ ] Interrogatories

(2) Was unable to serve because:
- [ ] Moved left no forwarding address
- [ ] Address not in jurisdiction
- [ ] No such address
- [ ] Other _____
Please specify

Sheriff fee: $ _____  [ ] waived by _____

_____  _____
Date         Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**

Main: 410-887-2601

401 Bosley Avenue, P.O. Box 6754, Towson, MD, 21285-6754

**To:** LINDA MCMAHON
400 S. OCEAN BLVD., APT. 7
BOCA RATON, FL 33432

**Case Number:** C-03-CV-24-004019
**Other Reference Number(s):**
**Child Support Enforcement Number:**

**JOHN DOE 1, ET AL. VS. WORLD WRESTLING ENTERTAINMENT, LLC, ET AL.**

Issue Date: 10/25/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5
c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202; c/o Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD  21202

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

Case 1:24-cv-03487-JKB   Document 1-4   Filed 12/02/24   Page 12 of 16

John Doe 1, et al. vs. World Wrestling Entertainment, LLC, et al.   Circuit Court for Baltimore County
Case Number: C-03-CV-24-004019

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Case 1:24-cv-03487-JKB   Document 1-4   Filed 12/02/24   Page 13 of 16

John Doe 1, et al. vs. World Wrestling Entertainment, LLC, et al.

Circuit Court for Baltimore County
Case Number: C-03-CV-24-004019

# SHERIFF'S RETURN
### (please print)

To: LINDA MCMAHON

_____ ID# _____ of the _____
      Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
                                                  Name of person served

on _____ at _____
       Date of service                                Location of service

_____ by _____ with the following:
                                        Manner of service

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Other _____
            Please specify

- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories

(2) Was unable to serve because:
- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other _____
        Please specify

Sheriff fee: $ _____ ☐ waived by _____

_____      _____
      Date                   Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR
BALTIMORE COUNTY MARYLAND

| | |
|---|---|
| JOHN DOE 1<br>c/o Murphy Falcon & Murphy<br>One South Street, 30th Floor<br>Baltimore, Maryland 21202<br><br>and<br><br>JOHN DOE 2<br>c/o Murphy Falcon & Murphy<br>One South Street, 30th Floor<br>Baltimore, Maryland 21202<br><br>and<br><br>JOHN DOE 3<br>c/o Murphy Falcon & Murphy<br>One South Street, 30th Floor<br>Baltimore, Maryland 21202<br><br>and<br><br>JOHN DOE 4<br>c/o Murphy Falcon & Murphy<br>One South Street, 30th Floor<br>Baltimore, Maryland 21202<br><br>and<br><br>JOHN DOE 5<br>c/o Murphy Falcon & Murphy<br>One South Street, 30th Floor<br>Baltimore, Maryland 21202,<br><br>      Plaintiffs,<br><br>  v.<br><br>WORLD WRESTLING ENTERTAINMENT,<br>LLC,<br>707 Washington Boulevard,<br>Stamford, Connecticut 06901<br><br>    Serve On : | Civil Action No. C-03-CV-24-004019<br><br>**JURY TRIAL DEMANDED** |

Corporation Service Company
Goodwin Square, 225 Asylum Street
20th Floor
Hartford, Connecticut 06103

and

VINCENT K. MCMAHON
677 Washington Boulevard
Stamford, Connecticut 06901-3718

and

LINDA MCMAHON
400 S. Ocean Blvd., Apt. 7
Boca Raton, Florida 33432

and

TKO GROUP HOLDINGS, INC.,
200 Fifth Avenue
7th Floor
New York, New York 10010

   Defendants.

## REQUEST FOR WRITS OF SUMMONS

Dear Clerk:

  Please issue writs of summons and return to undersigned counsel for service by private process for the following Defendants:

VINCENT K. MCMAHON
677 Washington Boulevard
Stamford, Connecticut 06901-3718

LINDA MCMAHON
400 S. Ocean Blvd., Apt. 7
Boca Raton, Florida 33432

2

Respectfully submitted,

*/s/ William H. Murphy, Jr.*

William H. "Billy" Murphy, Jr. (AIS # 6912010153)
Phylecia R. Faublas (AIS # 2206140025)
MURPHY, FALCON & MURPHY
1 South Street, Suite 3000
Baltimore, Maryland 21202
Telephone: (410) 951-8744
billy.murphy@murphyfalcon.com
phylecia.faublas@murphyfalcon.com