# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>Defendants. | Civil Action No. _____ |

## CONSENT TO REMOVAL

Defendant Vincent K. McMahon consents to the removal of the action captioned *John Doe 1* v. *World Wrestling Entertainment, LLC, et al.*, Case No. C-03-CV-24-004019, filed in the Circuit Court for Baltimore County, Maryland, to the United States District Court for the District of Maryland. By filing this consent, Vincent K. McMahon does not waive and expressly reserves all defenses.

Dated: December 2, 2024

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ Jessica T. Rosenberg*
Jessica T. Rosenberg (*PHV application forthcoming*)[1]
One Bryant Park
New York, NY 10036-6745
Tel: (212) 872-1000
Fax: (212) 872-1002
jrosenberg@akingump.com

*Attorneys for Vincent K. McMahon*

---

[1] Defendant Vincent K. McMahon was only recently served on November 27, 2024, and is in the process of obtaining local counsel.