# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>        Defendants. | Civil Action No. _____ |

## **CONSENT TO REMOVAL**

Defendant Linda McMahon consents to the removal of the action captioned *John Doe 1, et al.* v. *World Wrestling Entertainment, LLC, et al.*, Case No. C-03-CV-24-004019, filed in the Circuit Court for Baltimore County, Maryland, to the United States District Court for the District of Maryland.

By filing this consent, Linda McMahon does not waive and expressly reserves all defenses.

Dated: December 2, 2024
       Baltimore, Maryland

Respectfully submitted,

*/s/ Samantha Miller Kavanagh*
Samantha Miller Kavanagh (Bar No. 21374)
William J. Murphy (Bar No. 00497)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
skavanagh@zuckerman.com
wmurphy@zuckerman.com

10036477.1

Laura A. Brevetti *(PHV application forthcoming)*
LAW OFFICES OF LAURA A. BREVETTI
575 Lexington Avenue, 14th Floor
New York, NY 10022
Tel: (917) 970-0250
laura.brevetti@brevettilaw.com

*Attorneys for Linda McMahon*

2

10036477.1