**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **JOHN DOE 1** <br> c/o Murphy Falcon & Murphy <br> One South Street, 30th Floor <br> Baltimore, Maryland 21202 <br><br> and <br><br> **JOHN DOE 2** <br> c/o Murphy Falcon & Murphy <br> One South Street, 30th Floor <br> Baltimore, Maryland 21202 <br><br> and <br><br> **JOHN DOE 3** <br> c/o Murphy Falcon & Murphy <br> One South Street, 30th Floor <br> Baltimore, Maryland 21202 <br><br> and <br><br> **JOHN DOE 4** <br> c/o Murphy Falcon & Murphy <br> One South Street, 30th Floor <br> Baltimore, Maryland 21202 <br><br> and <br><br> **JOHN DOE 5** <br> c/o Murphy Falcon & Murphy <br> One South Street, 30th Floor <br> Baltimore, Maryland 21202 <br><br>     **Plaintiffs**, <br><br> v. <br><br> **WORLD WRESTLING ENTERTAINMENT, LLC**, <br> 707 Washington Boulevard <br> Stamford, Connecticut 06901 | Civil Action No. _____ |

|                                                                                                    |   |
|---|---|
| Serve on::                                                                                         | : |
|                                                                                                    | : |
| Corporation Service Company                                                                        | : |
| Goodwin Square, 225 Asylum Street, 20th Floor                                                      | : |
| Hartford, Connecticut  06103                                                                       | : |
|                                                                                                    | : |
| and                                                                                                | : |
|                                                                                                    | : |
| **VINCENT K. MCMAHON**                                                                             | : |
| 677 Washington Boulevard                                                                           | : |
| Stamford, Connecticut  06901-3718                                                                  | : |
|                                                                                                    | : |
| and                                                                                                | : |
|                                                                                                    | : |
| **LINDA MCMAHON**                                                                                  | : |
| 400 S. Ocean Blvd., Apt. 7                                                                         | : |
| Boca Raton, Florida  334432                                                                        | : |
|                                                                                                    | : |
| and                                                                                                | : |
|                                                                                                    | : |
| **TKO GROUP HOLDINGS, INC.**                                                                       | : |
| 200 Fifth Avenue, 7th Floor                                                                        | : |
| New York, New York  10010                                                                          | : |
|                                                                                                    | : |
|     Defendants.                                                                                    | : |

# INDEX OF EXHIBITS
## TO DEFENDANTS WORLD WRESTLING ENTERTAINMENT, LLC
## AND TKO GROUP HOLDINGS, INC.'S
## <u>NOTICE OF REMOVAL</u>

| TAB/ EXHIBIT | PAGE(S) REFERENCED | DESCRIPTION |
|:---:|:---:|---|
| A | 7 | Case Docket |
| B | 2, 7 | TKO Summons |
| C | 2, 7 | WWE Summons |
| D | 2, 7 | Vincent K. McMahon and Linda McMahon summonses |
| E | 7 | Civil Cover Sheet |

2

| TAB/ EXHIBIT | PAGE(S) REFERENCED | DESCRIPTION |
|---|---|---|
| F | 4-7 | Complaint |
| G | 7 | Vincent K. McMahon Consent to Removal |
| H | 7 | Linda McMahon Consent to Removal |