UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOHN DOE 1**<br>c/o Murphy Falcon & Murphy<br>One South Street, 30th Floor<br>Baltimore, Maryland  21202<br><br>and<br><br>**JOHN DOE 2**<br>c/o Murphy Falcon & Murphy<br>One South Street, 30th Floor<br>Baltimore, Maryland  21202<br><br>and<br><br>**JOHN DOE 3**<br>c/o Murphy Falcon & Murphy<br>One South Street, 30th Floor<br>Baltimore, Maryland  21202<br><br>and<br><br>**JOHN DOE 4**<br>c/o Murphy Falcon & Murphy<br>One South Street, 30th Floor<br>Baltimore, Maryland  21202<br><br>and<br><br>**JOHN DOE 5**<br>c/o Murphy Falcon & Murphy<br>One South Street, 30th Floor<br>Baltimore, Maryland  21202<br><br>  **Plaintiffs**,<br><br>v.<br><br>**WORLD WRESTLING ENTERTAINMENT, LLC**,<br>707 Washington Boulevard<br>Stamford, Connecticut 06901 | CIVIL ACTION NO: |

|  | : |
|---|---|
| Serve on:: | : |
|  | : |
| Corporation Service Company | : |
| Goodwin Square, 225 Asylum Street, 20th Floor | : |
| Hartford, Connecticut  06103 | : |
|  | : |
| and | : |
|  | : |
| **VINCENT K. MCMAHON** | : |
| 677 Washington Boulevard | : |
| Stamford, Connecticut  06901-3718 | : |
|  | : |
| and | : |
|  | : |
| **LINDA MCMAHON** | : |
| 400 S. Ocean Blvd., Apt. 7 | : |
| Boca Raton, Florida  334432 | : |
|  | : |
| and | : |
|  | : |
| **TKO GROUP HOLDINGS, INC.** | : |
| 200 Fifth Avenue, 7th Floor | : |
| New York, New York  10010 | : |
|  | : |
| Defendants. | : |

## ATTACHMENT TO CIVIL COVER SHEET

**Counsel for Plaintiffs:**

William H. "Billy" Murphy, Jr.
Phylecia R. Faublas
Murphy, Falcon & Murphy
1 South Street, Suite 3000
Baltimore, MD 21202
410-951-8750

Greg G. Gutzler
Emma Bruder
Dicello Levitt LLP
485 Lexington Avenue, Suite 1001
New York, New York  10017
646-933-1000

Adam Prom
Dicello Levitt LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
312-214-7900

Mark A. DiCello
Robert F. DiCello
Dicello Levitt LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio  44060
440-953-8888

**Counsel for Defendants,**
**World Wrestling Entertainment LLC and TKO Group Holdings, Inc.:**

Linda Woolf
K. Nichole Nesbitt
Sean Gugerty
Goodell DeVries Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
410-783-4000

Daniel J. Toal
Richard C. Tarlowe
Gregory Laufer
Emily A. Vance
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000