IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>　　Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>　　Defendants. | Civil Action No. 1:24-cv-3487 |

### DEFENDANTS WORLD WRESTLING ENTERTAINMENT, LLC AND TKO GROUP HOLDINGS, INC.'S MOTION TO STAY

Defendants World Wrestling Entertainment, LLC and TKO Group Holdings, Inc. hereby file this Motion to Stay and respectfully request that the Court stay all further proceedings in this case pending a ruling by the Supreme Court of Maryland in *The Key School, Incorporated, et al.* v. *Valerie Bunker*, *Board of Education of Harford County* v. *John Doe*, and *Catholic Archbishop of Washington* v. *John Doe, et al*[1] addressing the constitutionality of the Maryland Child Victims Act of 2023. That matter is fully briefed and was argued before the Supreme Court of Maryland on September 10, 2024. As explained in the accompanying Memorandum of Law, Defendants submit that a stay of these proceedings will promote judicial efficiency and economy and will not prejudice Plaintiffs or cause undue delay. Accordingly, the Court should grant this Motion to Stay and enter an Order staying this case until determination of the constitutionality of the Child Victims Act of 2023 by the Maryland Supreme Court. A proposed order is attached.

---

[1] *The Key School, Incorporated, et al.* v. *Valerie Bunker* and *Board of Education of Harford County* v. *John Doe*, Misc. No. 2 - September Term, 2024; *Roman Catholic Archbishop of Washington* v. *John Doe, et al.*, Misc. No. 9 - September Term, 2024.

Dated: December 2, 2024
Baltimore, Maryland

Respectfully submitted,

GOODELL, DEVRIES, LEECH & DANN, LLP

*/s/ Linda S. Woolf*

Linda S. Woolf (Federal Bar No: 08424)
K. Nichole Nesbitt (Federal Bar No: 26137)
Sean Gugerty (Federal Bar No: 21125)
One South Street, 20th Floor
Baltimore, MD 21202
Tel:  (410) 783-4000 | Fax:  (410) 783-4040
lsw@gdldlaw.com
knn@gdldlaw.com
sgugerty@gdldlaw.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Daniel J. Toal*

Daniel J. Toal *(PHV application forthcoming)*
Richard C. Tarlowe *(PHV application forthcoming)*
Gregory F. Laufer *(PHV application forthcoming)*
Emily A. Vance *(PHV application forthcoming)*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:  (212) 373-3000 | Fax:  (212) 757-3990
dtoal@paulweiss.com
rtarlowe@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com

*Attorneys for World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of December, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served via electronic mail and mailed via first-class mail, postage prepaid, to:

William H. "Billy" Murphy, Jr.
billy.murphy@murphyfalcon.com
Phylecia R. Faublas
phylecia.faublas@murphyfalcon.com
Murphy, Falcon & Murphy
1 South Street, Suite 3000
Baltimore, Maryland  21202

Greg G. Gutzler
ggutzler@dicellolevitt.com
Emma Bruder
ebruder@dicellolevitt.com
Dicello Levitt LLP
485 Lexington Avenue, Suite 1001
New York, New York  10017

Adam Prom
aprom@dicellolevitt.com
Dicello Levitt LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602

Mark A. DiCello
madicello@dicellolevitt.com
Robert F. DiCello
rfdicello@dicellolevitt.com
Dicello Levitt LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio  44060

and served via first-class mail, postage prepaid, to:

Vincent K. McMahon
677 Washington Boulevard
Stamford, Connecticut  06901-3718

Linda McMahon
400 S. Ocean Blvd., Apt. 7
Boca Raton, Florida  334432

                                            */s/ Linda S. Woolf*
                                  Linda S. Woolf (Federal Bar No: 08424)