# EXHIBIT 8

Case 1:24-cv-03487-JKB   Document 2-11   Filed 12/02/24   Page 1 of 3

IN THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| MATTHEW WOLOHAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARCHDIOCESE OF WASHINGTON, ROMAN CATHOLIC; ST. FRANCIS XAVIER CATHOLIC CHURCH, INC.; BISHOP MCNAMARA HIGH SCHOOL, INC.; CONGREGATION OF HOLY CROSS UNITED STATES PROVINCE, INC.; CONGREGATION OF HOLY CROSS MOREAU PROVINCE OF PRIESTS AND BROTHERS, INC.; DOE EMPLOYEES 2 through 50,<br><br>　　　　Defendants. | Case No. C-16-CV-23-005466 |

## ORDER

UPON CONSIDERATION of All Parties' Joint Motion to Stay Pending Appellate Resolution of Constitutional Issue, the record in this case and the applicable law, it is this 23rd day of April 2024:

ORDERED that Motion to Stay Pending Appellate Resolution of Constitutional Issue be and hereby is GRANTED; and it is further

ORDERED that this matter be and hereby is STAYED; and it is further

ORDERED that this Stay shall terminate upon the issuance of a mandate from the Supreme Court of Maryland on a decision from that Court deciding the constitutionality of the Child Victims Act of 2023's provisions reviving claims that were previously barred by limitations or repose; and it is further

Entered: Clerk, Circuit Court for
Prince George's County, MD
April 23, 2024

ORDERED that Defendants shall file their responses to the Complaint in this matter within 20 days after the date of that mandate.

04/23/2024 8:38:35 AM

*William A. Snoddy*

JUDGE   William A. Snoddy
Circuit Court for Prince George's County