# EXHIBIT 15

|  |  |  |
|---|---|---|
| JANE DOE, | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| THE PARK SCHOOL OF BALTIMORE, INC., | * | BALTIMORE COUNTY |
|  | * | Case No.: C-03-CV-24-003416 |
| Defendant | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' Joint Motion to Stay Action and Memorandum in Support thereof, it is thereupon this _____ day of **10/11/2024**, 2024, by the Circuit Court for Baltimore County, hereby

**ORDERED**, that the parties' Joint Motion to Stay Action shall be and hereby is **GRANTED**; and it is further;

**ORDERED**, that the above-captioned action shall be and hereby is **STAYED** pending the issuance of a mandate from the Supreme Court of Maryland on a decision from that Court deciding the constitutionality of the Child Victims Act of 2023's provisions reviving claims that were previously barred by limitations or repose; and it is further;

**ORDERED**, that the parties shall file a joint status report within fifteen (15) days of any opinion issued by the Supreme Court of Maryland concerning the constitutionality of the Maryland Child Victims Act of 2023.

_____
JUDGE
Circuit Court for Baltimore County

Michael S. Barranco

cc: All counsel of record

10/11/2024 4:40:25 PM

Entered: Clerk, Circuit Court for Baltimore County, MD
October 17, 2024