IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN DOE 1, et al.

    Plaintiffs,

v.

WORLD WRESTLING ENTERTAINMENT, LLC, et al.

    Defendants.

Civil Action No. 1:24-cv-3487

### [PROPOSED] ORDER

Upon consideration of Defendants WWE and TKO's Motion to Stay and Memorandum of Law in Support thereof, it is thereupon this _____ day of _____, 2024, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that the parties' Motion to Stay Action shall be and hereby is **GRANTED**; and it is further;

**ORDERED**, that the above-captioned action shall be and hereby is **STAYED** pending a ruling by the Supreme Court of Maryland in *The Key School, Incorporated, et al.* v. *Valerie Bunker*, *Board of Education of Harford County* v. *John Doe*, and *Catholic Archbishop of Washington* v. *John Doe, et al*[1];

---

[1] *The Key School, Incorporated, et al.* v. *Valerie Bunker* and *Board of Education of Harford County* v. *John Doe*, Misc. No. 2 - September Term, 2024; *Roman Catholic Archbishop of Washington* v. *John Doe, et al.*, Misc. No. 9 - September Term, 2024.

2

**ORDERED**, that the parties shall file a status report within fifteen (15) days of any opinion issued by the Supreme Court of Maryland in that matter.

_____
District Judge
United States District Court for the District of Maryland