IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>    Defendants. | Civil Action No. 1:24-cv-3487 |

**[PROPOSED] ORDER**

Upon consideration of Defendants WWE and TKO's Motion for Extension of Time to Respond to Plaintiffs' Complaint and Memorandum of Law in Support thereof, it is thereupon this _____ day of _____, 2024, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Defendants WWE and TKO's Motion for Extension of Time shall be and hereby is **GRANTED**; and it is further;

**ORDERED**, that the responsive pleading deadline shall be and hereby is **ADJOURNED** pending resolution of Defendants WWE and TKO's Motion to Stay the proceedings;

**ORDERED**, that Defendants WWE and TKO shall respond to Plaintiffs' complaint within thirty (30) days from the date of a denial of Defendants WWE and TKO's Motion to Stay.

_____
Judge, United States District Court for the District of Maryland