IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>    Defendants. | Civil Action No. 1:24-cv-3487 |

**DEFENDANTS WORLD WRESTLING ENTERTAINMENT, LLC
AND TKO GROUP HOLDINGS, INC.'S MOTION TO SHORTEN TIME
FOR PLAINTIFFS' RESPONSE TO MOTION FOR EXTENSION OF
<u>TIME TO RESPOND TO PLAINTIFFS' COMPLAINT</u>**

Defendants World Wrestling Entertainment, LLC ("WWE") and TKO Group Holdings, Inc. ("TKO" and, together with WWE, "Defendants"), pursuant to Fed. R. Civ. P. 6(c)(1)(C), and Local Rule 105.2(a), through their undersigned counsel, hereby move this Court for an Order shortening the time for Plaintiffs' response to Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint, for the reasons given in the accompanying memorandum of law, which is incorporated herein by reference.

Dated:  December 2, 2024
            Baltimore, Maryland

Respectfully submitted,

GOODELL, DEVRIES, LEECH & DANN, LLP

        */s/ Linda S. Woolf*
Linda S. Woolf (Federal Bar No: 08424)
K. Nichole Nesbitt (Federal Bar No: 26137)
Sean Gugerty (Federal Bar No: 21125)
One South Street, 20th Floor
Baltimore, MD 21202
Tel:  (410) 783-4000 | Fax:  (410) 783-4040

lsw@gdldlaw.com
knn@gdldlaw.com
sgugerty@gdldlaw.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

    */s/ Daniel J. Toal*
Daniel J. Toal *(PHV application forthcoming)*
Richard C. Tarlowe *(PHV application forthcoming)*
Gregory F. Laufer *(PHV application forthcoming)*
Emily A. Vance *(PHV application forthcoming)*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000 | Fax: (212) 757-3990
dtoal@paulweiss.com
rtarlowe@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com

*Attorneys for World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served via electronic mail and mailed via first-class mail, postage prepaid, to:

William H. "Billy" Murphy, Jr.
billy.murphy@murphyfalcon.com
Phylecia R. Faublas
phylecia.faublas@murphyfalcon.com
Murphy, Falcon & Murphy
1 South Street, Suite 3000
Baltimore, Maryland  21202

Greg G. Gutzler
ggutzler@dicellolevitt.com
Emma Bruder
ebruder@dicellolevitt.com
Dicello Levitt LLP
485 Lexington Avenue, Suite 1001
New York, New York  10017

Adam Prom
aprom@dicellolevitt.com
Dicello Levitt LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602

Mark A. DiCello
madicello@dicellolevitt.com
Robert F. DiCello
rfdicello@dicellolevitt.com
Dicello Levitt LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio  44060

and served via first-class mail, postage prepaid, to:

Vincent K. McMahon
677 Washington Boulevard
Stamford, Connecticut  06901-3718

Linda McMahon
400 S. Ocean Blvd., Apt. 7
Boca Raton, Florida  334432

                                              */s/ Linda S. Woolf*  
                                        Linda S. Woolf (Federal Bar No: 08424)

4