IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>　　　Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>　　　Defendants. | Civil Action No. 1:24-cv-3487 |

**DEFENDANTS WORLD WRESTLING ENTERTAINMENT, LLC AND TKO GROUP HOLDINGS, INC.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO SHORTEN TIME FOR PLAINTIFFS' RESPONSE TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants World Wrestling Entertainment, LLC ("WWE") and TKO Group Holdings, Inc. ("TKO" and, together with WWE, "Defendants"), pursuant to Fed. R. Civ. P. 6(c)(1)(C), and Local Rule 105.2(a), through their undersigned counsel, hereby move this Court for an Order shortening the time for Plaintiffs' response to Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint, and in support thereof states as follows:

1.　On October 24, 2024, Plaintiffs filed a lawsuit against Defendants in the Circuit Court for Baltimore County.  Plaintiffs plead claims stemming from alleged sexual abuse while they were minors in the 1980s.  *See generally*, Compl.

2.　Plaintiffs' claims were brought pursuant to the Maryland Child Victims Act of 2023 ("CVA"), which purported to repeal an existing statute of repose and statute of limitations and revive claims arising from the sexual abuse of minors.  *See* 2023 Md. Laws, Ch. 5, Ch.. 6.

3.　On December 2, 2024, Defendants removed this action to this Court (ECF 1).

4.     After removal to this Court, Defendants filed: (a) a Motion for Extension of Time to Respond to Plaintiffs' Complaint (ECF 3) and (b) a Motion for Stay (ECF 2). Plaintiffs did not consent to either motion. Both filings urge this Court to follow the path taken in numerous other CVA actions before this Court and Maryland state courts, namely, to stay the action and suspend responsive pleading deadlines pending the Supreme Court of Maryland's forthcoming ruling as to the constitutionality of the CVA's retroactive revival of claims in three consolidated cases. A ruling on the CVA's constitutionality is expected on or before the end of the Court's term, which concludes on August 31, 2025.[1]

5.     Prior to removing the case to this Court, Defendants were served, but did not file an answer in state court. Therefore, Defendants' current deadline for responsive pleading is December 9, 2024, seven days from the date of removal. *See* Fed. R. Civ. P. 81(c)(2)(C).

6.     Plaintiffs' current deadline to respond to the Motion for Extension of Time to Respond to Plaintiffs' Complaint is December 16, 2024. *See* Local R. 105(a).

7.     To conserve both private and judicial resources and for judicial efficiency, Plaintiffs should be required to respond to the Motion for Extension of Time to Respond to Plaintiffs' Complaint such that the motion is ripe and can be ruled upon by this Court before the current responsive pleading deadline of December 9, 2024.

WHEREFORE, for the aforementioned reasons, Defendants respectfully request that this Honorable Court GRANT their motion to shorten the time for Plaintiffs' Defendants' Motion for

---

[1] *See* Supreme Court of Maryland, "Highlighted Cases," https://www.mdcourts.gov/scm/highlightedcases (last accessed November 26, 2024), listing: *The Key School, Incorporated, et al.* v. *Valerie Bunker*, Misc No. 2 - September Term, 2024; *Roman Catholic Archbishop of Washington* v. *John Doe, et al.* No. 9 - September Term, 2024; *Board of Education of Harford County* v. *John Doe*, No. 10 - September Term, 2024.

Extension of Time to Respond to Plaintiffs' Complaint, and issue an ORDER that Plaintiffs' opposition, if any, must be filed no later than 5:00 p.m., on Thursday, December 5, 2024.

Dated: December 2, 2024
Baltimore, Maryland

Respectfully submitted,

GOODELL, DEVRIES, LEECH & DANN, LLP

_/s/ Linda S. Woolf_
Linda S. Woolf (Federal Bar No: 08424)
K. Nichole Nesbitt (Federal Bar No: 26137)
Sean Gugerty (Federal Bar No: 21125)
One South Street, 20th Floor
Baltimore, MD 21202
Tel: (410) 783-4000 | Fax: (410) 783-4040
lsw@gdldlaw.com
knn@gdldlaw.com
sgugerty@gdldlaw.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

_/s/ Daniel J. Toal_
Daniel J. Toal *(PHV application forthcoming)*
Richard C. Tarlowe *(PHV application forthcoming)*
Gregory F. Laufer *(PHV application forthcoming)*
Emily A. Vance *(PHV application forthcoming)*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000 | Fax: (212) 757-3990
dtoal@paulweiss.com
rtarlowe@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com

*Attorneys for World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.*