IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>    Defendants. | Civil Action No. 1:24-cv-3487 |

### [PROPOSED] ORDER

Upon consideration of Defendants World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.'s Motion to Shorten Time for Plaintiffs' Response to Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint, and any opposition thereto, it is this ___ day of December, 2024, hereby:

1. ORDERED that Defendants World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.'s Motion to Shorten Time is GRANTED; and it is further,

2. ORDERED that the deadline for Plaintiffs to respond to Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint is 5:00 p.m. on December 5, 2024.

_____
Judge, United States District Court for the District of Maryland