IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN DOE 1, et al.

    **Plaintiffs,**

  v.                                            Case No.   1:24-cv-3487

WORLD WRESTLING ENTERTAINMENT, LLC, et al.

    **Defendants**

### MOTION FOR ADMISSION PRO HAC VICE

I, Sean Gugerty, am a member in good standing of the bar of this Court. I am moving the admission of Emily Vance to appear pro hac vice in this case as counsel for Defendants World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York, 1st Department 09/18/2017 | US District Court, Eastern District of NY 5/22/2019 |
| | US District Court, Southern District of NY 5/17/2019 |
| | U.S. Court of Appeals, 2nd Circuit 12/09/2022 |
| | U.S. Court of Appeals, 11th Circuit 8/18/2022 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 times

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this

Court, and understands she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co- counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Sean Gugerty, Bar No. 21125 | Emily Vance |
| Printed name and bar number | Printed name |
| GOODELL, DEVRIES, LEECH & DANN, LLP | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Office name | Office name |
| One South Street, 20th Floor, Baltimore, MD 21202 | 1285 Avenue of the Americas, New York, NY 10019 |
| Address | Address |
| 410-783-4000 | 212 373 3035 |
| Telephone number | Telephone number |
| 410-783-4040 | 212 492 0559 |
| Fax Number | Fax Number |
| sgugerty@gdldlaw.com | evance@paulweiss.com |
| Email Address | Email Address |