IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| John Doe 1, et al. | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * Case No. 1:24-cv-3487-JKB |
| | * |
| World Wrestling Entertainment, LLC, et al. | * |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT:

Please enter the appearance of William J. Murphy of Zuckerman Spaeder LLP as counsel for Defendant Linda McMahon in the above-captioned matter.

December 4, 2024                                      Respectfully Submitted,


*/s/ William J. Murphy*
William J. Murphy (# 00497)
Zuckerman Spaeder LLP
100 E Pratt Street, Suite 2440
Baltimore, MD 21202
wmurphy@zuckerman.com
(410) 949-1146 (O)
(410) 659-0436 (F)

*Attorney for Defendant Linda McMahon*

## CERTIFICATE OF SERVICE

I certify that on December 4, 2024 a copy of the forgoing has been served via CM/ECF on all counsel of record and by first class mail to Defendant Vincent K. McMahon, 677 Washington Blvd., Stamford, CT 06901-3718.

*/s/ William J. Murphy*
William J. Murphy
