IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, *et al.*<br><br>Defendants. | Case No. 1:24-cv-24-3487-JKB |

**DEFENDANT LINDA MCMAHON'S RESPONSE IN SUPPORT
OF DEFENDANTS WORLD WRESTLING ENTERTAINMENT, LLC
AND TKO GROUP HOLDINGS, INC.'S MOTION TO STAY**

Defendant Linda McMahon ("Ms. McMahon"), by and through undersigned counsel, submits this response in support of the Motion to Stay filed by Defendants World Wrestling Entertainment, LLC and TKO Group Holdings, Inc. ("WWE Defendants") (ECF No. 2, Dec. 2, 2024).[1]

Ms. McMahon adopts in full the arguments raised by the WWE Defendants in the Motion to Stay. For the reasons stated in the Motion, this case should be stayed for all purposes pending a ruling by the Supreme Court of Maryland in the consolidated appeals styled as *The Key School, Incorporated, et al.* v. *Valerie Bunker, Board of Education of Harford County* v. *John Doe,* and *Catholic Archbishop of Washington* v. *John Doe, et al.,*[2] which will determine the constitutionality of the Maryland Child Victims Act of 2023.

---

[1]  In filing this Response, Ms. McMahon does not waive and expressly reserves all defenses, including but not limited to any challenge to this Court's exercise of personal jurisdiction over her or whether the District of Maryland is an appropriate venue for this action.

[2]  *The Key School, Incorporated, et al.* v. *Valerie Bunker* and *Board of Education of Harford County* v. *John Doe,* Misc. No. 2 - September Term, 2024; *Roman Catholic Archbishop of Washington* v. *John Doe, et al.,* Misc. No. 9 - September Term, 2024.

The stay in this matter should also apply to any obligation by Ms. McMahon to respond to the Complaint (ECF No. 1-5) until the constitutionality of the Maryland Child Victims Act has been determined. Ms. McMahon's response is not currently due until January 27, 2025.[3]

December 4, 2024                                              Respectfully Submitted,


                                                              /s/ William J. Murphy
                                                              William J. Murphy (# 00497)
                                                              Samantha Miller Kavanagh (# 21374)
                                                              ZUCKERMAN SPAEDER LLP
                                                              100 E. Pratt Street, Suite 2440
                                                              Baltimore, MD 21202
                                                              wmurphy@zuckerman.com
                                                              skavanagh@zuckerman.com
                                                              (410) 949-1146 (O)
                                                              (410) 659-0436 (F)

                                                              Laura A. Brevetti *(PHV forthcoming)*
                                                              LAW OFFICE OF LAURA A. BREVETTI
                                                              575 Lexington Avenue, 14th Floor
                                                              New York, NY 10022
                                                              Tel: (917) 970-0250
                                                              laura.brevetti@brevettilaw.com


                                                              *Attorneys for Defendant Linda McMahon*

---

[3] Laura A. Brevetti, counsel for Ms. McMahon, accepted service of the summons and complaint in this matter on November 29, 2024. The summons was a 60-day summons issued by the Circuit Court for Baltimore County (ECF No. 1-3) before this action was removed to this Court by the WWE Defendants, with the consent of the other named Defendants.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2024, a copy of the forgoing was served via CM/ECF on all counsel of record and by first class mail to Defendant Vincent K. McMahon, 677 Washington Blvd., Stamford, CT 06901-3718.

/s/ William J. Murphy
William J. Murphy

3