IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| John Doe 1, et al. | * |
| | * |
|     Plaintiffs, | * |
| | * |
| v. | *  Case No. 1:24-cv-3487-JKB |
| | * |
| World Wrestling Entertainment, LLC, et al. | * |
| | * |
|     Defendants. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT:

    Please enter the appearance of Samantha Miller Kavanagh of Zuckerman Spaeder LLP as counsel for Defendant Linda McMahon in the above-captioned matter.

December 4, 2024                                                                  Respectfully Submitted,

                                                                            */s/ Samantha Miller Kavanagh*
                                                                            Samantha Miller Kavanagh (# 21374)
                                                                            Zuckerman Spaeder LLP
                                                                            100 E Pratt Street, Suite 2440
                                                                            Baltimore, MD 21202
                                                                            skavanagh@zuckerman.com
                                                                            (410) 949-1179 (O)
                                                                            (410) 659-0436 (F)

                                                                            *Attorney for Defendant Linda McMahon*

## **CERTIFICATE OF SERVICE**

I certify that on December 4, 2024 a copy of the forgoing has been served via CM/ECF on all counsel of record and by first class mail to Defendant Vincent K. McMahon, 677 Washington Blvd., Stamford, CT 06901-3718.

/s/ *Samantha Miller Kavanagh*
Samantha Miller Kavanagh