IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, *et al.*,<br><br>        Defendants. | Civil Action No. 24-cv-3487-JKB |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of John A. Bourgeois as counsel of record for Defendant Vincent K. McMahon in this action.

                                                      Respectfully submitted:

Dated: January 10, 2025.                 /s/    *John A. Bourgeois*
                                              John A. Bourgeois (Bar No. 11834)
                                              KRAMON & GRAHAM, P.A.
                                              750 East Pratt Street, Suite 1100
                                              Baltimore, Maryland 21202
                                              (410) 752-6030; (410) 539-1269 (fax)
                                              jbourgeois@kg-law.com

                                              Counsel for Vincent K. McMahon