IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, *et al.*,<br><br>Defendants. | Civil Action No. 24-cv-3487-JKB |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Christopher C. Jeffries as counsel of record for Defendant Vincent K. McMahon in this action.

Respectfully submitted:

Dated: January 10, 2025.

/s/   *Christopher C. Jeffries*
Christopher C. Jeffries (Bar No. 28587)
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
(410) 752-6030; (410) 539-1269 (fax)
cjeffries@kg-law.com

Counsel for Vincent K. McMahon