IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>Defendants. | Case No. 24-3487-JKB |

## STATEMENT ON BEHALF OF DEFENDANT LINDA MCMAHON IN ACCORDANCE WITH AMENDED STANDING ORDER 2021-13

Pursuant to Amended Standing Order 2021–13, Defendant Linda McMahon states as follows:

1. **The date(s) on which each defendant was served with a copy of the summons and complaint.**

Defendant Linda McMahon was served with a copy of the summons and complaint on November 29, 2024. Defendant Vince McMahon was served with a copy of the summons and complaint on November 27, 2024 (the "McMahon Defendants"). Defendant World Wrestling Entertainment, LLC ("WWE") was served with a copy of the summons and complaint on November 4, 2024. Defendant TKO Group Holdings, Inc. ("TKO") was served with a copy of the summons and complaint on November 1, 2024.

2. **In actions predicated on diversity jurisdiction, an indication of whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a corporation the citizenship of all members.**

No Defendant is a Maryland citizen. The McMahon Defendants are citizens of Connecticut. TKO is a corporation that is incorporated in Delaware and has its principal

place of business in New York. WWE is a limited liability company whose sole member is UFC Holdings, LLC, a citizen of Delaware, California, and New York.

3. **If removal takes place more than thirty (30) days after any defendant was served with a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) was (were) first served with a paper identifying the basis for such removal.**

Not applicable. The first date that any Defendant was served with a copy of the summons and the complaint was November 1, 2024. Thirty days after November 1, 2024 was December 1, 2024, which fell on a Sunday. Defendants' Notice of Removal (ECF No. 1), filed December 2, 2024, was thus timely. *See* Fed. R. of Civil Proc. 6(a)(1)(C).

4. **In actions removed to this Court predicated on diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not be summarily remanded to state court.**

Not applicable. This lawsuit was removed less than one year after October 23, 2024, the date the action was commenced in the Circuit Court for Baltimore County.

5. **Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons why such defendant did not join.**

The McMahon Defendants were not served in the state court action until a few days prior to the filing of the Notice of Removal by Defendants WWE and TKO. Each of the McMahon Defendants filed formal consents to the Notice of Removal.

Dated: January 10, 2025
       Baltimore, Maryland

Respectfully submitted,

*/s/ Samantha Miller Kavanagh*
Samantha Miller Kavanagh (Bar No. 21374)
William J. Murphy (Bar No. 00497)
ZUCKERMAN SPAEDER LLP

100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
skavanagh@zuckerman.com
wmurphy@zuckerman.com

Laura A. Brevetti *(PHV application pending)*
LAW OFFICES OF LAURA A. BREVETTI
575 Lexington Avenue, 14th Floor
New York, NY 10022
Tel: (917) 970-0250
laura.brevetti@brevettilaw.com

*Attorneys for Linda McMahon*

## CERTIFICATE OF SERVICE

I certify that on January 10, 2025, a copy of the forgoing has been served via CM/ECF on all counsel of record.

/s/ *Samantha Miller Kavanagh*
Samantha Miller Kavanagh (Bar No. 21374)