# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

John Doe 1, et al.

**Plaintiff,**

v.

World Wrestling Entertainment, LLC, et al.

**Defendant.**

Case No. 24-cv-3487-JKB

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that Linda McMahon (name of party) is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ (name of party):

_____ (names of affiliates).

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Ms. McMahon is not aware of any non-party entities having a financial interest in the outcome of this litigation.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

January 10, 2025

Date

/s/ Samantha Miller Kavanagh

Signature

Samantha Miller Kavanagh (Bar No. 21374)

Printed name and bar number

100 E. Pratt Street, Suite 2440
Baltimore, MD 21224

Address

skavanagh@zuckerman.com

Email address

410.332.0444

Telephone number

410.659.0436

Fax number

2