IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al., | ) |
|         Plaintiff, | ) Civil Action No. 1:24-cv-3487-JKB |
| v. | ) |
| WORLD WRESTLING ENTERTAINMENT, LLC, et al. | ) |
|         Defendants. | ) |

**STATEMENT ON BEHALF OF DEFENDANT VINCENT K. McMAHON IN ACCORDANCE WITH AMENDED STANDING ORDER 2021-13**

Pursuant to this Court's Amended Standing Order 2021-13 (Dk. # 16), and in accordance with the Notice of Removal filed by Defendants World Wrestling Entertainment, LLC ("WWE") and TKO Group Holdings, Inc. ("TKO") and the exhibits thereto (Dk. # 1), including Defendant Vincent K. McMahon's Consent to Removal (Dk. # 1 Ex. G), I hereby certify on behalf of Defendant Vincent K. McMahon as follows:

1. **The date(s) on which each defendant was served with a copy of the summons and complaint.**

Defendant Vincent K. McMahon was served with a copy of the summons and complaint on November 27, 2024. It is my understanding that Defendants WWE, TKO, and Linda McMahon were each served with a copy of the summons and complaint on November 1, 2024, November 4, 2024, and November 29, 2024, respectively.

2. **In actions predicated on diversity jurisdiction, an indication of whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a corporation, the citizenship of all members.**

Defendant Vincent K. McMahon is a citizen of Connecticut. It is my understanding that no Defendant in this action is a citizen of Maryland. Based on the citizenship of its members as

set forth in the Notice of Removal (Dk. # 1 at 5), it is my understanding that Defendant WWE is a citizen of Delaware, New York, and California.

3. **If removal takes place more than thirty (30) days after any defendant was first served with a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) was (were) first served with a paper identifying the basis for such removal.**

   The Notice of Removal was filed on Monday, December 2, 2024, within 30 days of each date of service.

4. **In actions removed to this Court predicated on diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not be summarily remanded to state court.**

   That action in state court was not commenced more than one year before the date of removal.

5. **Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons why such defendant did not join.**

   All Defendants joined in the Notice of Removal.

Date: January 10, 2024                                              Respectfully submitted,

3

                                **KRAMON & GRAHAM, P.A.**

By:   */s/ John A. Bourgeois*
        John A. Bourgeois (Bar No. 11834)
        750 East Pratt St., Suite 1100
        Baltimore, MD 21202
        Telephone: (410) 347-7408
        Facsimile: (410) 361-8204
        jbourgeois@kg-law.com

        **AKIN GUMP STRAUSS HAUER & FELD LLP**
        Jessica T. Rosenberg
          (*pro hac vice* pending)
        One Bryant Park
        New York, NY  10036
        Telephone: (212) 872-1000
        Facsimile: (212) 872-1002
        JRosenberg@akingump.com

## **CERTIFICATE OF SERVICE**

I certify that on January 10, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*/s/ John A. Bourgeois*
