IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>    Defendants. | Civil Action No. 1:24-cv-3487-JKB |

**DEFENDANTS, WORLD WRESTLING ENTERTAINMENT, LLC AND
TKO GROUP HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT
AND RESPONSE TO AMENDED STANDING ORDER 2021-13**

Pursuant to Local Rule 103.3, Rule 7.1 of the Federal Rules of Civil Procedure, and Amended Standing Order 2021-13 entered in the above-captioned action on January 3, 2025 (ECF No. 16), the undersigned counsel for Defendants World Wrestling Entertainment, LLC and TKO Group Holdings, Inc. certify as follows:

    1.    World Wrestling Entertainment, LLC is an indirect subsidiary of TKO Operating Company, LLC, which in turn is owned by TKO Group Holdings, Inc.

    2.    TKO Group Holdings, Inc. is a publicly traded company (NYSE: TKO). Endeavor Group Holdings, Inc. is a publicly traded company (NYSE: EDR) that, directly and indirectly, owns a majority of the voting interests of TKO Group Holdings, Inc.

    3.    World Wrestling Entertainment, LLC's sole member is UFC Holdings, LLC. UFC Holdings, LLC's sole member is Zuffa Guarantor, LLC. Zuffa Guarantor, LLC's sole member is TKO Operating Company, LLC. TKO Operating Company, LLC's members are January Capital Sub, LLC, January Capital Holdco, LLC, Endeavor Operating Company, LLC,

and TKO Group Holdings, Inc.  January Capital Sub, LLC's sole member is Endeavor Operating Company, LLC.  January Capital Holdco, LLC's sole member is Endeavor Operating Company, LLC.  Endeavor Operating Company, LLC's managing member is Endeavor Manager, LLC.  Endeavor Manager, LLC's managing member is Endeavor Group Holdings, Inc., which is incorporated in Delaware and has its principal place of business in California.  TKO Group Holdings, Inc. is a corporation that is incorporated in Delaware and has its principal place of business in New York.

4. At this time, based on the information known to date, World Wrestling Entertainment, LLC and TKO Group Holdings, Inc. are not aware of any other corporation, unincorporated association, partnership, or other business entity that may have a financial interest in the outcome of the litigation.

5. Plaintiffs commenced this action against Defendants TKO Group Holdings, Inc., World Wrestling Entertainment, LLC, Vincent K. McMahon, and Linda McMahon ("Defendants") on October 23, 2024, in the Circuit Court for Baltimore County, Maryland as Case No. C-03-CV-24-004019.

6. TKO Group Holdings, Inc., World Wrestling Entertainment, LLC, Vincent K. McMahon, and Linda McMahon were served with a copy of the summons and complaint, or accepted service thereof, on the following dates, respectively:  November 1, 2024; November 4, 2024; November 27, 2024; and November 29, 2024.

7. TKO Group Holdings, Inc. and World Wrestling Entertainment, LLC removed the action to this Court on Monday, December 2, 2024, based on diversity jurisdiction.  Vincent K. McMahon and Linda McMahon consented to removal.

8. By operation of 28 U.S.C. § 1446(b)(1) and Federal Rule of Civil Procedure 6(a)(1)(C), the Notice of Removal was timely filed within thirty (30) days after TKO Group Holdings, Inc. was first served.

9. No Defendant in this action is a citizen of Maryland.

Dated: January 24, 2025
Baltimore, MD

Respectfully submitted,

GOODELL, DEVRIES, LEECH & DANN, LLP

*/s/ Sean Gugerty*
Linda S. Woolf (Federal Bar No: 08424)
K. Nichole Nesbitt (Federal Bar No: 26137)
Sean Gugerty (Federal Bar No: 21125)
One South Street, 20th Floor
Baltimore, MD 21202
Tel: (410) 783-4011 | Fax: (410) 783-4040
lsw@gdldlaw.com
knn@gdldlaw.com
sgugerty@gdldlaw.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Daniel J. Toal*
Daniel J. Toal *(PHV application pending)*
Richard C. Tarlowe *(PHV application pending)*
Gregory F. Laufer *(PHV application pending)*
Emily A. Vance *(PHV application pending)*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000 | Fax: (212) 757-3990
dtoal@paulweiss.com
rtarlowe@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com

*Attorneys for World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which transmitted electronic notification of such filing to all CM/ECF participants and counsel of record.

                                         */s/ Sean Gugerty*
                                         Sean Gugerty (Federal Bar No: 21125)