IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JOHN DOE 1, et al.<br><br>　　Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>　　Defendants. | Civil Action No. 1:24-cv-3487-JKB |

## FIRST JOINT STATUS REPORT

　　Plaintiffs, John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5 and Defendants, World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Vincent McMahon, and Linda McMahon, by and through their undersigned counsel, hereby file this First Joint Status Report pursuant to the December 4, 2024 Memorandum and Order (ECF No. 13).

　　In the Memorandum and Order dated December 4, 2024, the Court granted a stay of this action pending the resolution of the consolidated appeals of *The Key School, Inc., et al.* v. *Valerie Bunker*, *Board of Education of Harford County* v. *John Doe*, and *Catholic Archbishop of Washington* v. *John Doe, et al.* ("the Consolidated Appeals") before the Supreme Court of Maryland regarding the constitutionality of the Maryland Child Victims Act of 2023.

　　At the time of this filing, the Supreme Court of Maryland has not yet issued a decision in the Consolidated Appeals.

Dated: February 3, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　GOODELL, DEVRIES, LEECH & DANN, LLP

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sean Gugerty*
　　　　　　　　　　　　　　　　　　　　　Sean Gugerty (Federal Bar No: 21125)

Linda S. Woolf (Federal Bar No: 08424)
K. Nichole Nesbitt (Federal Bar No: 26137)
One South Street, 20th Floor
Baltimore, MD 21202
Tel:  (410) 783-4011 | Fax: (410) 783-4040
sgugerty@gdldlaw.com
lsw@gdldlaw.com
knn@gdldlaw.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Daniel J. Toal*
Daniel J. Toal *(PHV application pending)*
Richard C. Tarlowe *(PHV application pending)*
Gregory F. Laufer *(PHV application pending)*
Emily A. Vance *(PHV application pending)*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:  (212) 373-3000 | Fax: (212) 757-3990
dtoal@paulweiss.com
rtarlowe@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com

*Counsel for World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.*


*/s/ William H. Murphy*
William H. "Billy" Murphy, Jr.
billy.murphy@murphyfalcon.com
Phylecia R. Faublas
phylecia.faublas@murphyfalcon.com
(signed with permission of William H. Murphy)
Murphy, Falcon & Murphy
1 South Street, Suite 3000
Baltimore, Maryland  21202
Tel:  (410) 951-8744


*/s/ Greg G. Gutzler*
Greg G. Gutzler
ggutzler@dicellolevitt.com
Emma Bruder
ebruder@dicellolevitt.com

2

(signed with permission of Greg G. Gutzler)
Dicello Levitt LLP
485 Lexington Avenue, Suite 1001
New York, New York  10017
Tel:  (646) 933-1000

*Counsel for Plaintiffs*


/s/ John A. Bourgeois
John A. Bourgeois
jbourgeois@kg-law.com
Christopher C. Jeffries
cjeffries@kg-law.com
(signed with permission of John A. Bourgeois)
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
Tel:  (410) 347-7408 | Fax: (410) 361-8204


/s/ Ilana Roberts
Ilana Roberts
iroberts@akingump.com
Jessica T. Rosenberg
*(pending pro hac vice)*
jrosenberg@akingump.com
(signed with permission of Ilana Roberts)
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York, NY 10036
Tel:  (212) 872-1012 | Fax: (212) 872-1002

*Counsel for Defendant, Vincent McMahon*


/s/ William J. Murphy
William J. Murphy
wmurphy@zuckerman.com
Samantha Miller Kavanagh
skavanagh@zuckerman.com
(signed with permission of William J. Murphy)
Zuckerman Spaeder LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
Tel:  (410) 332-0444 | Fax: (410) 659-0436

3

        */s/ Laura A. Brevetti*
Laura A. Brevetti
Laura.brevetti@brevettilaw.com
*(pending pro hac vice)*
(signed with permission of Laura A. Brevetti)
Law Offices of Laura A. Brevetti
575 Lexington Avenue, 14th Floor
New York, NY 10022
Tel: (917) 970-0250

*Counsel for Linda McMahon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which transmitted electronic notification of such filing to all CM/ECF participants and counsel of record.

        */s/ Sean Gugerty*
Sean Gugerty (Federal Bar No: 21125)

4