IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>    Defendants. | Civil Action No. 1:24-cv-3487-JKB |

## SECOND JOINT STATUS REPORT

Plaintiffs, John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5 and Defendants, World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Vincent McMahon, and Linda McMahon, by and through their undersigned counsel, hereby file this Second Joint Status Report pursuant to the December 4, 2024 Memorandum and Order (ECF No. 13).

In the Memorandum and Order dated December 4, 2024, the Court granted a stay of this action pending resolution of the consolidated appeals of *The Key School, Inc., et al.* v. *Valerie Bunker*, *Board of Education of Harford County* v. *John Doe*, and *Catholic Archbishop of Washington* v. *John Doe*, *et al.* (the "Consolidated Appeals"), before the Supreme Court of Maryland regarding the constitutionality of the Maryland Child Victims Act of 2023 (the "Act").

On February 3, 2025, the Supreme Court of Maryland issued a decision in the Consolidated Appeals holding that the Act's retroactive elimination of time restrictions applicable to child sexual assault claims is constitutional as applied to the defendants in the Consolidated Appeals. *See Roman Cath. Archbishop of Washington* v. *Doe*, Nos. 9 & 10; Misc. No. 2, Sept. Term 2024 (Md. Feb. 3, 2025).

Accordingly, the parties jointly propose that the stay in this matter be lifted and that the Court enter an order setting forth the following deadlines:

- Defendants shall have 45 days from the date on which the Court lifts the stay to respond to Plaintiffs' complaint.

- Plaintiffs shall have 21 days within which to oppose any motion to dismiss by any Defendant or file an amended complaint as of right, pursuant to Fed. R. Civ. P. 15(a)(1)(B).

- Defendants shall have 30 days within which to file any reply in support of any motion to dismiss. In the event Plaintiffs file an amended complaint, the parties shall have 14 days to submit a proposed schedule for Defendants' response to Plaintiffs' amended complaint, including a briefing schedule for any motion to dismiss.

Dated: February 18, 2025

Respectfully submitted,

GOODELL, DEVRIES, LEECH & DANN, LLP

*/s/ Sean Gugerty*
Sean Gugerty (Federal Bar No: 21125)
Linda S. Woolf (Federal Bar No: 08424)
K. Nichole Nesbitt (Federal Bar No: 26137)
One South Street, 20th Floor
Baltimore, MD 21202
Tel: (410) 783-4011 | Fax: (410) 783-4040
lsw@gdldlaw.com
knn@gdldlaw.com
sgugerty@gdldlaw.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Daniel J. Toal*
Daniel J. Toal *(PHV application pending)*
Richard C. Tarlowe *(PHV application pending)*
Gregory F. Laufer *(PHV application pending)*
Emily A. Vance *(PHV application pending)*

1285 Avenue of the Americas
New York, NY 10019-6064
Tel:  (212) 373-3000 | Fax: (212) 757-3990
dtoal@paulweiss.com
rtarlowe@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com

*Counsel for World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.*

         */s/ Adam Prom*
Adam Prom
aprom@dicellolevitt.com
(signed with permission of Adam Prom)
Dicello Levitt LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel:  (312) 214-7900

William H. "Billy" Murphy, Jr.
billy.murphy@murphyfalcon.com
Phylecia R. Faublas
phylecia.faublas@murphyfalcon.com
Murphy, Falcon & Murphy
1 South Street, Suite 3000
Baltimore, Maryland  21202
Tel:  (410) 951-8744

Greg G. Gutzler
ggutzler@dicellolevitt.com
Emma Bruder
ebruder@dicellolevitt.com
Dicello Levitt LLP
485 Lexington Avenue, Suite 1001
New York, New York  10017
Tel:  (646) 933-1000

Mark A. DiCello
madicello@dicellolevitt.com
Robert F. DiCello
rfdicello@dicellolevitt.com
Dicello Levitt LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio  44060
Tel:  (440) 953-8888

*Counsel for Plaintiffs*


      */s/ Ilana Roberts*
Ilana Roberts
iroberts@akingump.com
Jessica T. Rosenberg
*(pending pro hac vice)*
jrosenberg@akingump.com
(signed with permission of Ilana Roberts)
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York, NY 10036
Tel:  (212) 872-1012 | Fax: (212) 872-1002

John A. Bourgeois
jbourgeois@kg-law.com
Christopher C. Jeffries
cjeffries@kg-law.com
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
Tel:  (410) 347-7408 | Fax: (410) 361-8204

*Counsel for Defendant, Vincent McMahon*


      */s/ William J. Murphy*
William J. Murphy
wmurphy@zuckerman.com
Samantha Miller Kavanagh
skavanagh@zuckerman.com
(signed with permission of William J. Murphy)
Zuckerman Spaeder LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
Tel:  (410) 332-0444 | Fax: (410) 659-0436

4

>    */s/ Laura A. Brevetti*
> Laura A. Brevetti
> Laura.brevetti@brevettilaw.com
> *(pending pro hac vice)*
> (signed with permission of Laura A. Brevetti)
> Law Offices of Laura A. Brevetti
> 575 Lexington Avenue, 14th Floor
> New York, NY 10022
> Tel: (917) 970-0250
>
> *Counsel for Linda McMahon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which transmitted electronic notification of such filing to all CM/ECF participants and counsel of record.

>    */s/ Sean Gugerty*
> Sean Gugerty (Federal Bar No: 21125)

5