IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JOHN DOE 1, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>    Defendants. | Civil Action No. 1:24-cv-3487-JKB |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs, John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5 and Defendants, World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Vincent McMahon, and Linda McMahon's Second Joint Status Report, it is this ___ day of _____, 2025, hereby:

ORDERED that Defendants shall have 45 days from the date on which the Court lifts the stay to respond to Plaintiffs' complaint;

ORDERED that Plaintiffs shall have 21 days within which to oppose any motion to dismiss by any Defendant or file an amended complaint as of right, pursuant to Fed. R. Civ. P. 15(a)(1)(B); and

ORDERED that Defendants shall have 30 days within which to file any reply in support of any motion to dismiss. In the event Plaintiffs file an amended complaint, the parties shall have 14 days to submit a proposed schedule for Defendants' response to Plaintiffs' amended complaint, including a briefing schedule for any motion to dismiss.

_____
Judge, United States District Court for the District of Maryland