IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE 1, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL NO. JKB-24-3487 |
| WORLD WRESTLING ENTERTAINMENT, LCC, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court previously stayed this case pending the resolution of consolidated appeals before the Supreme Court of Maryland, which related to the constitutionality of the Maryland Child Victims Act. (ECF No. 13.) As the parties now explain in their Joint Status Report:

> On February 3, 2025, the Supreme Court of Maryland issued a decision in the Consolidated Appeals holding that the Act's retroactive elimination of time restrictions applicable to child sexual assault claims is constitutional as applied to the defendants in the Consolidated Appeals. *See Roman Cath. Archbishop of Washington v. Doe*, Nos. 9 & 10; Misc. No. 2, Sept. Term 2024 (Md. Feb. 3, 2025).

(ECF No. 30.) The parties seek that the Court lift the stay and set additional deadlines. (*Id.*)

Accordingly, it is ORDERED that:

1. The STAY in this case is LIFTED; and

2. Defendants SHALL FILE a response to Plaintiffs' Complaint by April 7, 2025.

DATED this __19__ day of February, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge