IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **John Doe 1, et al.** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. **1:24-cv-3487** |
| World Wrestling Entertainment, LLC, et al. | * | |
| **Defendant.** | * | |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that **Plaintiffs John Does 1-5**
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

03/05/2025

Date

/s/ Greg G. Gutzler

Signature

Greg G. Gutzler | NY Bar No. 5375993

Printed name and bar number

485 Lexington Ave., 10th Floor, New York, NY 10017

Address

ggutzler@dicellolevitt.com

Email address

(646) 933-1000

Telephone number

(646) 494-9648

Fax number