## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

John Doe 1, et al.,

       *Plaintiffs*,

v.

World Wrestling Entertainment, LLC, et al.,

       *Defendants*.

Civil Action No. 24-03487-JKB

## DEFENDANT LINDA E. MCMAHON'S MOTION TO DISMISS AND REQUEST FOR HEARING

Defendant Linda E. McMahon, by and through her undersigned counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), hereby files her Motion to Dismiss Plaintiffs' Complaint and Request for Hearing. The arguments and authorities in support of Ms. McMahon's motion are fully set forth in the accompanying Memorandum.

Dated: April 7, 2025

Respectfully submitted,

*/s/ William J. Murphy*
William J. Murphy (Bar No. 00497)
Samantha Miller Kavanagh (Bar No. 21374)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
wmurphy@zuckerman.com
skavanagh@zuckerman.com

Laura A. Brevetti (admitted *Pro Hac Vice*)
LAW OFFICES LAURA A. BREVETTI

575 Lexington Avenue, 14th Floor
New York, NY 10022
Tel: (917) 970-0250
laura.brevetti@brevettilaw.com

*Attorneys for Linda E. McMahon*

## REQUEST FOR HEARING

Defendant Linda E. McMahon respectfully requests a hearing on her Motion to Dismiss.

*/s/ William J. Murphy*
William J. Murphy (Bar No. 00497)

## CERTIFICATE OF SERVICE

I certify that on April 7, 2025, copies of the forgoing Motion to Dismiss, Memorandum in Support and Exhibit A have been served via CM/ECF on all counsel of record.

*/s/ William J. Murphy*
William J. Murphy (Bar No. 00497)