# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WORLD WRESTLING ENTERTAINMENT, LLC, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 1:24-cv-3487-JKB |

## DEFENDANT VINCENT K. McMAHON'S
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant Vincent K. McMahon, by and through his undersigned attorneys, respectfully moves this Court for an order dismissing the Complaint, ECF No. 15, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). The grounds for this motion are set forth in the accompanying memorandum in support of this motion and the exhibits attached thereto. Pursuant to Rule 105-6 of the Local Rules for the District of Maryland, Defendant McMahon requests a hearing on his motion. Defendant McMahon further moves this Court for such other and further relief as the Court may deem just and proper.

Date: April 7, 2025

**HEARING REQUESTED**

Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:  */s/ Jessica T. Rosenberg*
Jessica T. Rosenberg
   (admitted *pro hac vice*)
Ilana Roberts
   (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
jrosenberg@akingump.com
iroberts@akingump.com

**KRAMON & GRAHAM, P.A.**
John A. Bourgeois (Bar No. 11834)
Christopher C. Jeffries (Bar No. 28527)
750 East Pratt St., Suite 1100
Baltimore, MD 21202
Telephone: (410) 347-7408
Facsimile: (410) 361-8204
jbourgeois@kg-law.com
cjeffries@kg-law.com

*Attorneys for Defendant*
*Vincent K. McMahon*

## CERTIFICATE OF SERVICE

I certify that on April 7, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ *Jessica T. Rosenberg*
Jessica T. Rosenberg