# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WORLD WRESTLING ENTERTAINMENT, LLC, )<br>et al. )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:24-cv-3487-JKB |

**DEFENDANT VINCENT K. McMAHON'S DECLARATION
IN SUPPORT OF HIS MOTION TO DISMISS**

I, Vincent K. McMahon, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I submit this Declaration in support of my Motion to Dismiss for lack of personal jurisdiction.

2. I have personal knowledge of each fact set forth in this Declaration and would testify thereto if called upon to do so.

3. I was not a resident of the state of Maryland, nor was I registered to vote in Maryland, at the time the instant lawsuit was commenced.

4. I live in Connecticut, am registered to vote in Connecticut, and have lived in Connecticut since 1972.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2025

_____
Vincent K. McMahon