IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>    Defendants. | Civil Action No. 1:24-cv-3487-JKB |

## **LINE**

Clerk of the Court,

    Plaintiffs respectfully request that the following changes be made to ECF No. 51, Amended Complaint, in order to correct typographical errors and clarify the allegations:

1.     ¶ 256: add "the" before both mentions of "wall;" and

2.     ¶ 267: change "Terry Garvin" to "Terry Garvin or Rene Goulet."

Thank you for your assistance with this matter.

                                          Respectfully submitted,

                                          */s/ William H. Murphy, Jr.*
                                          William H. "Billy" Murphy, Jr. (AIS # 6912010153)
                                          Phylecia R. Faublas (AIS # 2206140025)
                                          **MURPHY, FALCON & MURPHY**
                                          1 South Street, Suite 3000
                                          Baltimore, Maryland 21202
                                          Telephone: (410) 951-8750
                                          billy.murphy@murphyfalcon.com
                                          phylecia.faublas@murphyfalcon.com

                                          Greg G. Gutzler
                                          Emma Bruder
                                          **DICELLO LEVITT LLP**
                                          485 Lexington Avenue, Suite 1001

        New York, New York 10017
        Telephone: (646) 933-1000
        ggutzler@dicellolevitt.com
        ebruder@dicellolevitt.com

        Adam Prom
        **DICELLO LEVITT LLP**
        Ten North Dearborn Street, Sixth Floor
        Chicago, Illinois 60602
        Telephone: (312) 214-7900
        aprom@dicellolevitt.com

        Mark A. DiCello
        Robert F. DiCello
        **DICELLO LEVITT LLP**
        8160 Norton Parkway, Third Floor
        Mentor, OH  44060
        Telephone: (440) 953-8888
        madicello@dicellolevitt.com
        rfdicello@dicellolevitt.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, on this 1st day of May 2025, that the foregoing Line was served via the Court's ECF filing system to all counsel of record.

        */s/ William H. Murphy, Jr.*
        William H. "Billy" Murphy, Jr.