IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, LLC, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-3487-JKB |

**JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER**

Plaintiffs, John Does 1–8, and Defendants, World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Vincent K. McMahon, and Linda McMahon, by and through their undersigned counsel, hereby jointly move this Court for entry of a Scheduling Order concerning Defendants' responses to Plaintiffs' First Amended Complaint (ECF No. 51) and briefing related to any motion to dismiss Plaintiffs' First Amended Complaint.

By way of brief background, on April 7, 2025, each Defendant filed motions to dismiss that original Complaint, filed by John Does 1–5, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). (ECF Nos. 48–50). On April 28, 2025, in lieu of responding to Defendants' motions to dismiss, Plaintiffs filed a First Amended Complaint, adding three new Plaintiffs and dozens of allegations. In order to correct a paragraph numbering issue, along with any other typographical errors and the corrections identified in ECF No. 52, Plaintiffs will file a Corrected First Amended Complaint within the next business day. Defendants consent to that filing under Fed. R. Civ. P. 15(a)(2). The current deadline for Defendants to respond to the First Amended Complaint is May 12, 2025.

Given the length of Plaintiffs' First Amended Complaint and the extent of the amendments, the parties jointly request a 30-day extension of Defendants' deadline to respond to the Corrected First Amended Complaint and request that the Court enter an order setting forth the following deadlines:

- Each Defendant shall have until June 11, 2025 to respond to Plaintiffs' Corrected First Amended Complaint (30 additional days from the prior deadline of May 12, 2025).

- Plaintiffs shall have until July 28, 2025 to oppose any motion to dismiss by any Defendant (45 days from June 11, 2025).

- Each Defendant shall have until August 27, 2025 to file any reply in support of any motion to dismiss (30 days from July 28, 2025).

WHEREFORE, the parties jointly seek that the Order be entered. A proposed order is attached.

Dated: May 5, 2025

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

    */s/ Daniel J. Toal*
Daniel J. Toal *(pro hac vice)*
Richard C. Tarlowe *(pro hac vice)*
Gregory F. Laufer *(pro hac vice)*
Emily A. Vance *(pro hac vice)*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000 | Fax: (212) 757-3990
dtoal@paulweiss.com
rtarlowe@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com

GOODELL, DEVRIES, LEECH & DANN, LLP

    */s/ Linda S. Woolf*
Linda S. Woolf (Federal Bar No: 08424)
K. Nichole Nesbitt (Federal Bar No: 26137)

Sean Gugerty (Federal Bar No: 21125)
One South Street, 20th Floor
Baltimore, MD 21202
Tel:  (410) 783-4011 | Fax: (410) 783-4040
lsw@gdldlaw.com
knn@gdldlaw.com
sgugerty@gdldlaw.com

*Counsel for World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.*

     */s/ Adam Prom*
Adam Prom *(pro hac vice)*
aprom@dicellolevitt.com
(signed with permission of Adam Prom)
Dicello Levitt LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel:  (312) 214-7900

William H. "Billy" Murphy, Jr.
billy.murphy@murphyfalcon.com
Phylecia R. Faublas
phylecia.faublas@murphyfalcon.com
Murphy, Falcon & Murphy
1 South Street, Suite 3000
Baltimore, Maryland  21202
Tel:  (410) 951-8744

Greg G. Gutzler *(pro hac vice)*
ggutzler@dicellolevitt.com
Emma Bruder *(pro hac vice)*
ebruder@dicellolevitt.com
Dicello Levitt LLP
485 Lexington Avenue, Suite 1001
New York, New York  10017
Tel:  (646) 933-1000

Mark A. DiCello
madicello@dicellolevitt.com
Robert F. DiCello
rfdicello@dicellolevitt.com
Dicello Levitt LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio  44060

Tel: (440) 953-8888

*Counsel for Plaintiffs*


      */s/ Jessica T. Rosenberg*      
Jessica T. Rosenberg *(pro hac vice)*
jrosenberg@akingump.com
Ilana Roberts *(pro hac vice)*
iroberts@akingump.com
(signed with permission of Ilana Roberts)
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872-1012 | Fax: (212) 872-1002

John A. Bourgeois
jbourgeois@kg-law.com
Christopher C. Jeffries
cjeffries@kg-law.com
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
Tel: (410) 347-7408 | Fax: (410) 361-8204

*Counsel for Defendant, Vincent K. McMahon*


      */s/ William J. Murphy*      
William J. Murphy
wmurphy@zuckerman.com
Samantha Miller Kavanagh
skavanagh@zuckerman.com
(signed with permission of William J. Murphy)
Zuckerman Spaeder LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444 | Fax: (410) 659-0436

Laura A. Brevetti *(pro hac vice)*
Laura.brevetti@brevettilaw.com
Law Offices of Laura A. Brevetti
575 Lexington Avenue, 14th Floor
New York, NY 10022
Tel: (917) 970-0250

*Counsel for Linda McMahon*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which transmitted electronic notification of such filing to all CM/ECF participants and counsel of record.

                                                /s/ Daniel J. Toal
                                        Daniel J. Toal (*pro hac vice*)