**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JOHN DOE 1, et al.,** | * | |
| **Plaintiffs,** | * | |
| v. | * | |
| | * | **CIVIL NO. JKB-24-3487** |
| **WORLD WRESTLING** | * | |
| **ENTERTAINMENT, LCC, et al.,** | * | |
| **Defendants.** | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

### ORDER

Defendants filed Motions to Dismiss, which were directed at the Complaint filed in this case. (ECF No. 1 (Complaint); ECF Nos. 48, 49, 50 (Motions to Dismiss).) Plaintiffs have since filed an Amended Complaint. (ECF No. 51.)

Accordingly, because the Motions to Dismiss were not directed at the now-operative Amended Complaint, it is ORDERED that the Motions to Dismiss (ECF Nos. 48, 49, 50) are DENIED WITHOUT PREJUDICE AS MOOT.

DATED this ___9___ day of May, 2025.

BY THE COURT:

James K. Bredar
United States District Judge