**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN DOE 1, et al.,<br><br>          *Plaintiffs*,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.,<br><br>          *Defendants*. | Civil Action No. 24-03487-JKB |

**[PROPOSED] ORDER**

Upon consideration of the foregoing Renewed Motion to Dismiss by Defendant Linda E. McMahon, and any response thereto,

IT IS this \_\_\_\_ day of \_\_\_\_, 2025, ORDERED that Defendant Linda E. McMahon's Renewed Motion to Dismiss is hereby granted, and Plaintiffs' Amended Complaint against Ms. McMahon is dismissed with prejudice.

_____
Honorable James K. Bredar
United States District Judge