# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE 1, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:24-cv-3487-JKB |
| v. | ) | |
| | ) | |
| WORLD WRESTLING ENTERTAINMENT, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT VINCENT K. MCMAHON'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Upon consideration of Defendant Vincent K. McMahon's Motion to Dismiss Plaintiffs' First Amended Complaint for lack of personal jurisdiction and failure to state a claim, and any and all oppositions and replies thereto; and for good cause shown, Defendant Vincent K. McMahon's Motion is **GRANTED**.  Plaintiffs' First Amended Complaint, ECF No. 55, shall be **DISMISSED** with prejudice.

**SO ORDERED**.

DATED this _____ day of _____ 2025

BY THE COURT:

_____
Hon. James K. Bredar
United States District Court Judge