IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>    Defendants. | Civil Action No. 1:24-cv-3487-JKB |

**DEFENDANTS WORLD WRESTLING ENTERTAINMENT, LLC AND
TKO GROUP HOLDINGS, INC.'S MOTION TO DISMISS PLAINTIFFS' CORRECTED
FIRST AMENDED COMPLAINT WITH REQUEST FOR HEARING**

Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6), Defendants World Wrestling Entertainment, LLC ("WWE") and TKO Group Holdings, Inc. ("TKO"), by their undersigned counsel, move to dismiss the Corrected First Amended Complaint for lack of personal jurisdiction and failure to state a claim upon which relief can be granted. Neither WWE nor TKO is subject to personal jurisdiction in Maryland as to the claims asserted by Plaintiffs, and Plaintiffs have failed to adequately plead a negligence claim against either WWE or TKO. Defendants WWE and TKO incorporate by reference the accompanying memorandum setting forth the reasoning and authorities in support of the motion. A proposed order is attached.

**REQUEST FOR HEARING**

Pursuant to Local Rule 105.6, Defendants WWE and TKO respectfully request oral argument on their Motion to Dismiss.

Dated: June 11, 2025
      New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Gregory F. Laufer

Daniel J. Toal *(pro hac vice)*
Richard C. Tarlowe *(pro hac vice)*
Gregory F. Laufer *(pro hac vice)*
Emily A. Vance *(pro hac vice)*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
dtoal@paulweiss.com
rtarlowe@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com

GOODELL, DEVRIES, LEECH & DANN, LLP

/s/ Sean Gugerty

Linda S. Woolf (Federal Bar No: 08424)
K. Nichole Nesbitt (Federal Bar No: 26137)
Sean Gugerty (Federal Bar No: 21125)
One South Street, 20th Floor
Baltimore, MD 21202
Tel: (410) 783-4011
Fax: (410) 783-4040
lsw@gdldlaw.com
knn@gdldlaw.com
sgugerty@gdldlaw.com

*Attorneys for World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of June 2025, I caused a copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system and electronic notification of such filing is sent to all CM/ECF participants and counsel of record.

/s/ *Gregory F. Laufer*
Gregory F. Laufer (*pro hac vice*)