IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>        Defendants. | Civil Action No. 1:24-cv-3487-JKB |

### [PROPOSED] ORDER

Upon consideration of Defendants, World Wrestling Entertainment, LLC ("WWE") and TKO Group Holdings, Inc.'s ("TKO") Motion to Dismiss Plaintiffs' Corrected First Amended Complaint, With Request for Hearing and any opposition thereto, it is this _____ day of _____, 20____, by the United States District Court for the District of Maryland,

1. **ORDERED**, that Defendants WWE and TKO's Motion to Dismiss Plaintiffs' Corrected First Amended Complaint, is hereby **GRANTED**, and it is further

2. **ORDERED**, that this action is **DISMISSED** as to Defendants WWE and TKO **WITH PREJUDICE**.

 

_____
The Honorable James K. Bredar
United States District Court for the
District of Maryland