**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| JOHN DOE 1, *et al*. | * | Case No.: 1:24-cv-3487 |
| *Plaintiffs,* | * | Hon. James K. Bredar |
| v. | * | |
| WORLD WRESTLING | * | |
| ENTERTAINMENT, LLC, *et al.* | | |
| | * | |
| *Defendants.* | | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>ORDER</u>

UPON CONSIDERATION of the Defendant Linda McMahon's Motion to Dismiss,
Plaintiffs' Opposition to Defendant Linda McMahon's Motion to Dismiss Plaintiffs' First
Amended Complaint, and any reply thereto, it is this ____ day of _____, 2025, by
this Honorable Court,

**ORDERED** that Defendant Linda McMahon's Motion to Dismiss Plaintiffs' First
Amended Complaint is hereby, **DENIED.**


_____
James K. Bredar
United State District Judge