IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE 1, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL NO. JKB-24-3487 |
| WORLD WRESTLING ENTERTAINMENT, LLC, et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated in the foregoing Memorandum,

1. Defendants World Wrestling Entertainment, LLC ("WWE") and TKO Group Holdings, Inc.'s ("TKO's") Motion to Dismiss (ECF No. 59) is hereby GRANTED with respect to Plaintiff John Doe 7, whose claims against WWE and TKO are hereby DISMISSED WITHOUT PREJUDICE. WWE and TKO's Motion (ECF No. 59) is hereby DENIED with respect to Plaintiffs John Does 1–6 and 8.

2. Defendant Vincent McMahon's Motion to Dismiss (ECF No. 58) is hereby GRANTED with respect to Plaintiff John Doe 7, whose claims against Vincent McMahon are hereby DISMISSED WITHOUT PREJUDICE. Vincent McMahon's Motion (ECF No. 58) is hereby DENIED with respect to Plaintiffs John Does 1–6 and 8.

3. Defendant Linda McMahon's Motion to Dismiss (ECF No. 57) is hereby GRANTED with respect to Plaintiffs John Does 1, 3–5, and 7–8, whose claims against Linda McMahon are hereby DISMISSED WITHOUT PREJUDICE. Linda McMahon's Motion (ECF No. 57) is hereby DENIED with respect to Plaintiffs John Does 2 and 6.

DATED this 10 day of December, 2025.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge
