IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN DOE 1, et al.,

    Plaintiffs,

v.                                  CIVIL NO. JKB-24-3487

WORLD WRESTLING
ENTERTAINMENT, LLC, et al.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In its Interim Protective Order, the Court authorized the Plaintiffs in this action to proceed pseudonymously on the public record while disclosing Plaintiffs' identities to the Defendants privately, at least until any motions to dismiss were decided. (ECF No. 47.) The Order states that "the Court will revisit this Protective Order, and the use of Identifying Information in discovery and the balance of this litigation, after any motions to dismiss are decided." (*Id.* at 5.)

Motions to dismiss have now been decided. (ECF No. 67.) Accordingly, the Court DIRECTS the Parties to MEET AND CONFER regarding the need for any further protective orders, and to FILE any necessary Stipulated Protective Orders or Motions to Proceed Under Pseudonym by no later than January 12, 2026.

DATED this 11 day of December, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge