IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, LLC, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-3487-JKB |

### [PROPOSED] ORDER

Upon consideration of Defendants World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Vincent K. McMahon, and Linda McMahon's Consent Motion for an Extension of Time to Answer Plaintiffs' Complaint, it is thereupon this _____ day of _____, 2025, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that each Defendant shall have until January 9, 2026 to answer Plaintiffs' Corrected First Amended Complaint.

_____
James K. Bredar
United States District Judge