IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>              Plaintiffs,<br><br>      v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>              Defendants. | Civil Action No. 1:24-cv-3487-JKB |

**CONSENT MOTION FOR AN EXTENSION OF TIME
TO ANSWER PLAINTIFFS' COMPLAINT**

Defendants World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Vincent K. McMahon, and Linda McMahon (collectively, "Defendants"), by and through their undersigned counsel hereby jointly move this Court for an Extension of Time to Respond to Plaintiffs' Corrected First Amended Complaint (ECF No. 55) in this case. Plaintiffs consent to this motion. A proposed order is attached.

On December 11, 2025, this Court granted in part and denied in part Defendants' Motions to Dismiss (ECF Nos. 67–68). Pursuant to Federal Rules of Civil Procedure 6(a) and 12(a)(4)(A), Defendants' deadline to answer was December 26, 2025. Given the then-upcoming holidays, Defendants, on consent, jointly requested a 14-day extension of this deadline, which this Court granted on December 16, 2025. (ECF Nos. 69, 70.) Defendants have been working dutifully to meet the current deadline, but nonetheless, on consent, jointly request a further 7-day extension of this deadline to January 16, 2026.

WHEREFORE, Defendants jointly seek that the Order be entered. A proposed order is attached.

Dated: January 9, 2026
       Baltimore, MD

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/  Emily A. Vance*
Daniel J. Toal *(pro hac vice)*
Richard C. Tarlowe *(pro hac vice)*
Gregory F. Laufer *(pro hac vice)*
Emily A. Vance *(pro hac vice)*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:  (212) 373-3000 | Fax: (212) 757-3990
dtoal@paulweiss.com
rtarlowe@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com

GOODELL, DEVRIES, LEECH & DANN, LLP

*/s/  Linda S. Woolf*
Linda S. Woolf (Federal Bar No: 08424)
K. Nichole Nesbitt (Federal Bar No: 26137)
Sean Gugerty (Federal Bar No: 21125)
One South Street, 20th Floor
Baltimore, MD 21202
Tel:  (410) 783-4011
Fax: (410) 783-4040
lsw@gdldlaw.com
knn@gdldlaw.com
sgugerty@gdldlaw.com

*Attorneys for World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.*

/s/ Ilana Roberts
Jessica T. Rosenberg *(pro hac vice)*
jrosenberg@akingump.com
Ilana Roberts *(pro hac vice)*
iroberts@akingump.com
(signed with permission of Ilana Roberts)
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872-1012 | Fax: (212) 872-1002

John A. Bourgeois
jbourgeois@kg-law.com
Christopher C. Jeffries
cjeffries@kg-law.com
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
Tel: (410) 347-7408 | Fax: (410) 361-8204

*Counsel for Vincent K. McMahon*

/s/ William J. Murphy
William J. Murphy
wmurphy@zuckerman.com
Samantha Miller Kavanagh
skavanagh@zuckerman.com
(signed with permission of William J. Murphy)
Zuckerman Spaeder LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444 | Fax: (410) 659-0436

Laura A. Brevetti *(pro hac vice)*
Laura.brevetti@brevettilaw.com
Law Offices of Laura A. Brevetti
575 Lexington Avenue, 14th Floor
New York, NY 10022
Tel: (917) 970-0250

*Counsel for Linda McMahon*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of January 2026, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and electronic notification of such filing is sent to all CM/ECF participants and counsel of record.

/s/ *Emily A. Vance*
Emily A. Vance