IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al., | Civil Action No. 1:24-cv-3487 |
| Plaintiffs, | Hon. James K. Bredar |
| v. | |
| WORLD WRESTLING ENTERTAINMENT, LLC, et al., | |
| Defendants. | |

**ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Proceed Under Pseudonyms and For Protective Order, any oppositions submitted by Defendants, and any reply thereto, it is this _____ day of _____, 2026, by this Honorable Court,

**ORDERED** that Plaintiffs' Motion is hereby, **GRANTED**. Specifically: (1) Plaintiffs may continue proceeding under pseudonyms; (2) Plaintiffs' may omit their home addresses from the case caption; and (3) this Court orders the Parties to submit for the Court's consideration an agreed protective order (or counter proposals for the same) governing the use of Identifying Information in discovery and the balance of this litigation.

_____

James K. Bredar
United State District Judge