UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
**JAMES K. BREDAR**
UNITED STATES DISTRICT JUDGE

MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE

January 22, 2026

TO ALL COUNSEL OF RECORD

RE:    *John Doe 1, et al. v. World Wrestling Entertainment, LLC, et al.*
Civil No:  JKB-24-3487

Dear Counsel:

A TELEPHONE CONFERENCE with counsel has been set in for **February 10, 2026, at 11:00 a.m.** to discuss and establish the appropriate schedule in this case.  Counsel for Plaintiff, **William Hughes Murphy, Jr.**, is asked to arrange for and distribute by email conference call information to the parties and Judge Bredar's chambers.  (Please <u>do not</u> use videoconferencing such as ZOOM or WEBEX.)

In anticipation of our scheduling conference, enclosed is a draft scheduling order with approximate dates.  Please review this draft, consult with one another and be prepared to advise the Court of the following:

(1)    whether there is unanimous consent to referral of all proceedings in this case, including trial and final disposition, to a Magistrate Judge.

(2)    whether there should be any changes to the dates in the draft scheduling order;

(3)    whether discovery of electronically stored information may be necessary;

(4)    whether you would like to defer any of the expert discovery until after summary judgment motions are resolved;

(5)    the number of deposition hours needed, if any; and

(6)    whether it would be appropriate to conduct a settlement conference with a Magistrate Judge either before or after discovery.

/s/

James K. Bredar
United States District Judge