**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| JOHN DOE 1, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>Defendants. | Civil Action No. 1:24-cv-3487-JKB |

**RULE 5.1 NOTICE OF CONSTITUTIONAL QUESTION**

Pursuant to Federal Rule of Civil Procedure 5.1, Defendants World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Linda McMahon and Vince McMahon (collectively, "Defendants"), by and through their undersigned counsel, call to the attention of this Court that they each asserted as a defense that Md. Code Ann., Cts. & Jud. Proc. § 5-117(b) (2024), as amended by the Child Victims Act of 2023, violates the United States Constitution in their respective Answers filed January 16, 2026.

Specifically, Defendants claim that this statute is unconstitutional because it violates the Constitution's Fifth Amendment takings clause, Article I ex post facto and contracts clauses, and/or Fourteenth Amendment due process and equal protection clauses.

Dated: February 2, 2026
      Baltimore, MD

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/  Emily A. Vance*
Daniel J. Toal *(pro hac vice)*
Richard C. Tarlowe *(pro hac vice)*
Gregory F. Laufer *(pro hac vice)*

Emily A. Vance *(pro hac vice)*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:  (212) 373-3000 | Fax: (212) 757-3990
dtoal@paulweiss.com
rtarlowe@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com

GOODELL, DEVRIES, LEECH & DANN, LLP

*/s/  Linda S. Woolf*
Linda S. Woolf (Federal Bar No: 08424)
K. Nichole Nesbitt (Federal Bar No: 26137)
Sean Gugerty (Federal Bar No: 21125)
One South Street, 20th Floor
Baltimore, MD 21202
Tel:  (410) 783-4011
Fax: (410) 783-4040
lsw@gdldlaw.com
knn@gdldlaw.com
sgugerty@gdldlaw.com

*Attorneys for World Wrestling Entertainment, LLC
and TKO Group Holdings, Inc.*

/s/ Ilana Roberts
Jessica T. Rosenberg *(pro hac vice)*
jrosenberg@akingump.com
Ilana Roberts *(pro hac vice)*
iroberts@akingump.com
(signed with permission of Ilana Roberts)
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York, NY 10036
Tel:  (212) 872-1012 | Fax: (212) 872-1002

John A. Bourgeois
jbourgeois@kg-law.com
Christopher C. Jeffries
cjeffries@kg-law.com
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
Tel:  (410) 347-7408 | Fax: (410) 361-8204

*Counsel for Vincent K. McMahon*

/s/ William J. Murphy
William J. Murphy
wmurphy@zuckerman.com
Samantha Miller Kavanagh
skavanagh@zuckerman.com
(signed with permission of William J. Murphy)
Zuckerman Spaeder LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
Tel:  (410) 332-0444 | Fax: (410) 659-0436

Laura A. Brevetti *(pro hac vice)*
Laura.brevetti@brevettilaw.com
Law Offices of Laura A. Brevetti
575 Lexington Avenue, 14th Floor
New York, NY 10022
Tel:  (917) 970-0250

*Counsel for Linda McMahon*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of February 2026, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and electronic notification of such filing is sent to all CM/ECF participants and counsel of record.

I FURTHER CERTIFY that on this 2nd day of February 2026, I caused a copy of the forgoing Notice and Defendants' Answers (ECF Nos. 74, 75, and 76) to be served on the Attorney General of Maryland by certified mail at 200 St. Paul Place, Baltimore, Maryland 21202.

/s/ *Emily A. Vance*
Emily A. Vance