IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JOHN DOE 1, et al.,** | * | |
| **Plaintiffs,** | * | |
| v. | * | **CIVIL NO. JKB-24-3487** |
| **WORLD WRESTLING ENTERTAINMENT, LLC, et al.,** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On February 2, 2026, Defendants World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Linda McMahon, and Vincent McMahon filed a Notice of Constitutional Question, calling the Court's attention to the fact that they have each, in their respective Answers filed on January 16, 2026 (ECF Nos. 74–76), asserted as a defense in this action that Md. Code Ann., Cts. & Jud. Proc. § 5-117(b) (2024), as amended by the Child Victims Act of 2023, violates the United States Constitution. (ECF No. 80.)

Pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403, the Court hereby certifies to the Attorney General of Maryland that the constitutionality of a state statute has been questioned in a pleading in this action. (*See* ECF Nos. 74 at 56–60; 75 at 39–41; 76 at 53–58.) The Attorney General of Maryland shall have 60 days from the date of this Order to seek to intervene. The Clerk is directed to serve a copy of this Order on the Attorney General of Maryland.

DATED this 3 day of February, 2026.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge
