# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE 1, ET AL., | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:24-cv-03487-JKB |
| WORLD WRESTLING ENTERTAINMENT, LLC, ET AL., | * | |
| *Defendants*. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the Attorney General of Maryland.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ Jessica Finberg

_____

JESSICA FINBERG
Federal Bar No. 31529
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
jfinberg@oag.maryland.gov
(410) 576-6921
(410) 576-6995 (facsimile)

March 31, 2026

*Attorneys for Intervenor Attorney General of Maryland*

**CERTIFICATE OF SERVICE**

I certify that on March 31, 2026, I served the foregoing by CM/ECF on all registered CMF users.

/s/Jessica M. Finberg
JESSICA M. FINBERG
Federal Bar No. 31529