**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN DOE 1, et al., | * |
| *Plaintiffs*, | * |
| v. | * |
| | No. 1:24-cv-03487-JKB |
| WORLD WRESTLING | * |
| ENTERTAINMENT, LLC, et al., | |
| *Defendants*. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Attorney General of Maryland's Motion to Intervene for a Limited Purpose and to Waive the Pleading Requirement Under Rule 24(c) (the "Motion"), and any opposition and reply thereto, it is this _____ day of _____, 2026, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED t**hat the Attorney General of Maryland is entitled to intervene in this case for the limited purpose of defending the constitutionality of the Child Victims Act; and it is further

**ORDERED** that the pleading requirement under Federal Rule of Civil Procedure 24(c) is waived; and it is further

**ORDERED** that the Attorney General shall be permitted to file a memorandum in opposition as to any challenges relating to constitutionality of the Child Victims Act under the United States Constitution or the Maryland Constitution.

1

_____
James K. Bredar,
United States District Judge