**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| John Doe 1, et al. | * | |
| Plaintiff, | | |
| | * | |
| v. | | Case No. 1:24-cv-03487 |
| | * | |
| World Wrestling Entertainment LLC, et al. | | |
| Defendant. | * | |

## MOTION FOR ADMISSION PRO HAC VICE

I, William H. Murphy, Jr.          , am a member in good standing of the bar of this

Court.  I am moving the admission of Scott Gilmore

to appear pro hac vice in this case as counsel for Plaintiffs                    .

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| See attached. | See attached. |
| | |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0        time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____ _____ _____ is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

_____
Signature

William H. "Billy" Murphy, Jr., Bar No. 07985
Printed name and bar number

Murphy Falcon & Murphy, P.A.
Office name


One South Street, 30th Fl., Baltimore, MD 21202
Address

410-951-8744
Telephone number

410-539-6599
Fax Number

billy.murphy@murphyfalcon.com
Email Address

PROPOSED ADMITTEE

_____
Signature

**Scott Gilmore**
Printed name

**DiCello Levitt LLP**
Office name

801 17th St. NW, Suite 430, Washington, DC 20006
Address

**(202) 975-2288**
Telephone number

(202) 558-0799
Fax Number

sgilmore@dicellolevitt.com
Email Address

Scott Gilmore
Member in Good Standing and Eligible to Practice Before:

| STATE/ COURT ADMISSION | DATE ADMITTED |
|---|---|
| State of California | 12/31/2012 |
| District of Columbia | 08/16/2014 |
| U.S. District Court, District of Columbia | 05/04/2015 |
| U.S. District Court, Central District of California | 04/25/2019 |
| U.S. District Court, Northern District of California | 01/22/2014 |
| U.S. District Court, Southern District of California | 05/20/2024 |
| U.S. Court of Appeals, D.C. Circuit | 10/31/2016 |
| U.S. Court of Appeals, Second Circuit | 04/13/2021 |
| U.S. Court of Appeals, Ninth Circuit | 02/27/2014 |
| U.S. Court of Appeals, Eleventh Circuit | 03/11/2014 |
| United States Supreme Court | 03/09/2026 |