# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JOHN DOE 1, et al.,                         *

             *Plaintiffs,*              *

    v.                                      *

                                   No. 1:24-cv-03487-JKB

WORLD WRESTLING                             *
ENTERTAINMENT, LLC, et al.,
                            *
            *Defendants.*

*   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Upon consideration of the Attorney General of Maryland's Motion to Intervene for a Limited Purpose and to Waive the Pleading Requirement Under Rule 24(c) (the "Motion"), and any opposition and reply thereto, it is this ____2____ day of ____April____, 2026, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Attorney General of Maryland is entitled to intervene in this case for the limited purpose of defending the constitutionality of the Child Victims Act; and it is further

**ORDERED** that the pleading requirement under Federal Rule of Civil Procedure 24(c) is waived; and it is further

**ORDERED** that the Attorney General shall be permitted to file a memorandum in opposition as to any challenges relating to constitutionality of the Child Victims Act under the United States Constitution or the Maryland Constitution.

1

James K. Bredar,
United States District Judge