IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN DOE 1, et al.,                             *

    Plaintiffs,                              *

v.                                              *           CIVIL NO. JKB-24-3487

WORLD WRESTLING                                 *
ENTERTAINMENT, LLC, et al.,
                                                *
    Defendants.
                                                *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## ORDER

The Court, having granted the Attorney General of Maryland's Motion to Intervene, hereby

ORDERS that counsel for the Attorney General SHALL APPEAR at the previously scheduled

Scheduling Telephone Conference set in for 9:30 a.m. on Wednesday, April 8, 2026.

Counsel for the Plaintiffs, William Hughes Murphy, Jr. is DIRECTED to distribute the call

information to counsel of record for the Attorney General.

DATED this ___2___ day of April, 2026.

BY THE COURT:

_____

James K. Bredar
United States District Judge