**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN DOE 1, et al., | * |
| Plaintiffs, | * |
| v. | *  **CIVIL NO. JKB-24-3487** |
| WORLD WRESTLING | * |
| ENTERTAINMENT, LLC, et al., | * |
| Defendants. | * |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**ORDER**

On April 8, 2026, the Court conducted a Telephonic Scheduling Conference in this case. As discussed at the Conference, the Court intends to consider Defendants' challenge to the constitutionality of Md. Code Ann., Cts. & Jud. Proc. § 5-117(b) (2024), as amended by the Child Victims Act of 2023 (*see* ECF Nos. 80, 81, 89), before issuing a general Scheduling Order and opening discovery. To that end, the Court hereby SETS IN the following deadlines for briefing the constitutional challenge.

| | |
|---|---|
| May 21, 2026: | Deadline for Defendants' motion, which shall be limited to forty (40) pages in length. |
| June 22, 2026: | Deadline for Plaintiffs' and the Attorney General of Maryland's responses in opposition to Defendants' motion, which shall each be limited to forty (40) pages in length. |
| July 22, 2026: | Deadline for Defendants' reply in support of their motion, which shall be limited to twenty-five (25) pages in length. |

It is FURTHER ORDERED that to the greatest extent possible, Defendants shall consolidate their arguments in a single motion and single reply.

DATED this __9__ day of April, 2026.

BY THE COURT:

James K. Bredar
United States District Judge