**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| JOHN DOE 1, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT,<br>LLC, et al.<br><br>Defendants. | Civil Action No. 1:24-cv-3487-JKB |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
WITH REQUEST FOR HEARING**

Defendants World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Vince McMahon and Linda McMahon (collectively "Defendants") through their undersigned counsel hereby move pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for judgment on the pleadings on all remaining claims asserted in Plaintiffs' Corrected First Amended Complaint. As explained in the accompanying Memorandum of Law, the Maryland Child Victim's Act, Md. Code Ann., Cts. & Jud. Proc. § 5-117, is unconstitutional as applied to Defendants because it violates the Due Process Clause of the Fourteenth Amendment and the Ex Post Facto Clause of the United States Constitution. Accordingly, the Court should enter judgment on the pleadings in favor of Defendants and dismiss Plaintiffs' Complaint with prejudice. A proposed order is attached.

**REQUEST FOR HEARING**

Pursuant to Local Rule 105.6, Defendants respectfully request oral argument on their Motion for Judgment on the Pleadings.

Dated: May 21, 2026
      New York, NY

                     Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP**

*/s/ Gregory F. Laufer*

Daniel J. Toal (*pro hac vice*)
Richard C. Tarlowe (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Emily A. Vance (*pro hac vice*)
1285 Avenue of the Americas
New York, NY  10019-6064
Tel: (212) 373-3000 | Fax: (212) 757-3990
dtoal@paulweiss.com
rtarlowe@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com

**GOODELL, DEVRIES, LEECH & DANN,
   LLP**

*/s/ Sean Gugerty*

Linda S. Woolf (Federal Bar No.: 08424)
K. Nichole Nesbitt (Federal Bar No.: 26137)
Sean Gugerty (Federal Bar No.: 21125)
One South Street, 20th Floor
Baltimore, MD  21202
Tel: (410) 783-4000 | Fax: (410) 783-4040
lsw@gdldlaw.com
knn@gdldlaw.com
sgugerty@gdldlaw.com

*Attorneys for World Wrestling Entertainment, LLC
and TKO Group Holdings, Inc.*

*/s/ Jessica T. Rosenberg*

Jessica T. Rosenberg *(pro hac vice)*
jrosenberg@akingump.com
Ilana Roberts *(pro hac vice)*
iroberts@akingump.com
(signed with permission of Ilana Roberts)
Akin Gump Strauss Hauer Feld LLP

2

One Bryant Park
New York, NY 10036
Tel:  (212) 872-1012 | Fax: (212) 872-1002

John A. Bourgeois
jbourgeois@kg-law.com
Christopher C. Jeffries
cjeffries@kg-law.com
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
Tel:  (410) 347-7408 | Fax: (410) 361-8204

*Counsel for Vincent K. McMahon*

*/s/ Samantha Miller Kavanagh*
William J. Murphy (Federal Bar No.: 00497)
wmurphy@zuckerman.com
Samantha Miller Kavanagh
skavanagh@zuckerman.com
(signed with permission of William J. Murphy)
Zuckerman Spaeder LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
Tel:  (410) 332-0444 | Fax: (410) 659-0436

Laura A. Brevetti *(pro hac vice)*
Laura.brevetti@brevettilaw.com
Law Offices of Laura A. Brevetti
575 Lexington Avenue, 14th Floor
New York, NY 10022
Tel:  (917) 970-0250

*Counsel for Linda McMahon*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2026, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and electronic notification of such filing is sent to all CM/ECF participants and counsel of record.

/s/ *Gregory F. Laufer*
Gregory F. Laufer (*pro hac vice*)