## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JOHN DOE 1, et al.<br><br>        Plaintiffs,<br><br>        v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>        Defendants. | Civil Action No. 1:24-cv-3487-JKB |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Judgment on the Pleadings, any response thereto, and any hearing held, it is this _____ day of _____, 20____, by the United States District Court for the District of Maryland,

1.      **ORDERED**, that Defendants' Motion for Judgment on the Pleadings is hereby **GRANTED**, and it is further

2.      **ORDERED**, that judgment is **ENTERED** in favor of Defendants and against Plaintiffs on all claims asserted in the Corrected First Amended Complaint, and such claims are **DISMISSED WITH PREJUDICE**.

_____
The Honorable James K. Bredar
United States District Court for the
District of Maryland