**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN DOE 1, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>WORLD WRESTLING ENTERTAINMENT,<br>LLC, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:24-cv-3487-JKB |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO FILE A JOINT PROTECTIVE ORDER**

The parties to this action, Plaintiffs and Defendants World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Vincent K. McMahon, and Linda McMahon, by and through their undersigned counsel, hereby jointly move this Court for an Extension of Time to File a Joint Protective Order. A proposed order is attached.

On May 15, 2026, this Court granted Plaintiffs' Motion to Proceed Under Pseudonyms and for Protective Order (ECF No. 73). ECF No. 92. The Court ordered the parties to "jointly submit for the Court's consideration a protective order" consistent with its decision within 30 days, i.e., by June 15, 2026. *Id.* at 11. The parties have been working dutifully and in good faith to meet the current deadline, but nonetheless jointly request a 10-day extension of this deadline to June 25, 2026. The extension will allow for further conferral, which the parties believe will allow them to identify and potentially narrow or eliminate any disputes pertaining to the protective order. WHEREFORE, the parties jointly seek that the Order be entered. A proposed order is attached.

Dated: June 12, 2026
      Baltimore, MD

Respectfully submitted,


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/  Emily A. Vance*
_____

Daniel J. Toal *(pro hac vice)*
Richard C. Tarlowe *(pro hac vice)*
Gregory F. Laufer *(pro hac vice)*
Emily A. Vance *(pro hac vice)*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:  (212) 373-3000 | Fax: (212) 757-3990
dtoal@paulweiss.com
rtarlowe@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com


GOODELL, DEVRIES, LEECH & DANN, LLP

*/s/  Linda S. Woolf*
_____

Linda S. Woolf (Federal Bar No: 08424)
K. Nichole Nesbitt (Federal Bar No: 26137)
Sean Gugerty (Federal Bar No: 21125)
One South Street, 20th Floor
Baltimore, MD 21202
Tel:  (410) 783-4011
Fax: (410) 783-4040
lsw@gdldlaw.com
knn@gdldlaw.com
sgugerty@gdldlaw.com


*Counsel for World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.*

2

/s/ Ilana Roberts
Jessica T. Rosenberg *(pro hac vice)*
jrosenberg@akingump.com
Ilana Roberts *(pro hac vice)*
iroberts@akingump.com
(signed with permission of Ilana Roberts)
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York, NY 10036
Tel:  (212) 872-1012 | Fax: (212) 872-1002

John A. Bourgeois
jbourgeois@kg-law.com
Christopher C. Jeffries
cjeffries@kg-law.com
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
Tel:  (410) 347-7408 | Fax: (410) 361-8204

*Counsel for Vincent K. McMahon*

/s/  Samantha Miller Kavanagh
William J. Murphy
wmurphy@zuckerman.com
Samantha Miller Kavanagh
skavanagh@zuckerman.com
(signed with permission of Samantha Miller
Kavanagh)
Zuckerman Spaeder LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
Tel:  (410) 332-0444 | Fax: (410) 659-0436

Laura A. Brevetti *(pro hac vice)*
Laura.brevetti@brevettilaw.com
Law Offices of Laura A. Brevetti
575 Lexington Avenue, 14th Floor
New York, NY 10022
Tel:  (917) 970-0250

*Counsel for Linda McMahon*

/s/ Adam Prom
William H. "Billy" Murphy, Jr.

3

billy.murphy@murphyfalcon.com
Murphy, Falcon & Murphy
1 South Street, Suite 3000
Baltimore, Maryland  21202
Tel:  (410) 951-8744


Greg G.  Gutzler *(pro hac vice)*
Emma Bruder *(pro hac vice)*
ggutzler@dicellolevitt.com
ebruder@dicellolevitt.com
Dicello Levitt LLP
485 Lexington Avenue, Suite 1001
New York, New York  10017
Tel:  (646) 933-1000


Adam Prom *(pro hac vice)*
aprom@dicellolevitt.com
(signed with permission of Adam Prom)
Dicello Levitt LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel:  (312) 214-7900


Mark A.  DiCello
Robert F.  DiCello
madicello@dicellolevitt.com
rfdicello@dicellolevitt.com
Dicello Levitt LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio  44060
Tel:  (440) 953-8888


*Counsel for Plaintiffs*

5

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of June 2026, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and electronic notification of such filing is sent to all CM/ECF participants and counsel of record.

/s/ *Emily A. Vance*
Emily A. Vance