**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN DOE 1, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, LLC, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-3487-JKB |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs and Defendants World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Vincent K. McMahon, and Linda McMahon's Joint Motion for an Extension of Time to File a Joint Protective Order, it is thereupon this _____ day of _____, 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that the Parties shall have until June 25, 2026 to file a Joint Protective Order.

 

_____
James K. Bredar
United States District Judge