**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN DOE 1, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WORLD WRESTLING ENTERTAINMENT,<br>LLC, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:24-cv-3487-JKB |

### ~~[PROPOSED]~~ ORDER

Upon consideration of Plaintiffs and Defendants World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Vincent K. McMahon, and Linda McMahon's Joint Motion for an Extension of Time to File a Joint Protective Order, it is thereupon this _16_ day of _June_ , 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that the Parties shall have until June 25, 2026 to file a Joint Protective Order.

James K. Bredar
United States District Judge