**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN DOE 1, ET AL., | * | |
| *Plaintiffs*, | * | |
| v. | * | |
| | | No. 1:24-cv-03487-JKB |
| WORLD WRESTLING | * | |
| ENTERTAINMENT, LLC, ET AL., | | |
| *Defendants*. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**JOINT CONSENT MOTION FOR AN ENLARGEMENT OF TIME
FOR RESPONSE DEADLINES APPLICABLE TO DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS**

Intervenor Attorney General of Maryland and Plaintiffs hereby jointly move, with the consent of Defendants, for an extension of four days to each of the response deadlines applicable to Defendants' Motion for Judgment on the Pleadings, ECF No. 93.

1.    On January 16, 2026, Defendants filed Answers to the First Amended Complaint, ECF Nos. 74-76, asserting as affirmative defenses that the Child Victim's Act, 2023 Md. Laws ch. 6 (the "CVA"), was unconstitutional.

2.    On March 31, 2026, the Attorney General of Maryland timely moved to intervene for the limited purpose of defending the constitutionality of the CVA.  (ECF No. 86.)  The Court granted the motion on April 2, 2026.  (ECF No. 90.)

3.    On April 8, 2026, this Court held a telephonic scheduling conference and ordered that Defendants would file a motion challenging the constitutionality of the CVA by May 21, 2026.  (ECF No. 91.)  Plaintiffs and Intervenor Attorney General of Maryland

were ordered to respond by June 22, 2026.  (ECF No. 91.)  Defendants' reply is due on July 22, 2026.  (ECF No. 91.)

4.      Due to demands of other work and the requirement for supervisory review of counsel's anticipated submission, the Attorney General of Maryland requires a brief, four-day extension of time to finalize its response to the Motion for Judgment on the Pleadings.

5.      Plaintiffs join in the request for a brief, four-day extension of time to respond due to observing the Juneteenth holiday and so that both response briefs are filed on the same day.

6.      The Attorney General of Maryland and Plaintiffs also consent to Defendants receiving a commensurate four-day extension of time to submit their reply memorandum, or until Monday, July 27, 2026.

7.      Undersigned counsel requested and received the consent of Defendants to file their responses on Friday, June 26, 2026, and to extend Defendants' time to reply to Monday, July 27, 2026.

WHEREFORE, for the reasons stated herein, the Attorney General of Maryland and Plaintiffs respectfully request that the Court enter an order (1) extending the time to file a response to Defendants' Motion for Judgment on the Pleadings to June 26, 2026 and (2) extending the time for Defendants to file a reply in support of their Motion for Judgment on the Pleadings to July 27, 2026.

Respectfully submitted this 18th day of June, 2026,

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Jessica M. Finberg*

_____

JESSICA M. FINBERG
Federal Bar No. 31529
Assistant Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
jfinberg@oag.maryland.gov
(4120) 576-6921

*Attorneys for Intervenor Attorney General
of Maryland*

*/s/ Adam Prom*

_____

William H. "Billy" Murphy, Jr. (# 07985)
**MURPHY, FALCON & MURPHY**
1 South Street, Suite 3000
Baltimore, Maryland 21202
Telephone: (410) 951-8750
billy.murphy@murphyfalcon.com

Greg G. Gutzler
Emma Bruder
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
Telephone: (646) 933-1000
ggutzler@dicellolevitt.com
ebruder@dicellolevitt.com

Adam Prom
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
aprom@dicellolevitt.com

Mark A. DiCello
Robert F. DiCello
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, OH 44060
Telephone: (440) 953-8888
madicello@dicellolevitt.com
rfdicello@dicellolevitt.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I certify that on June 18, 2026, I served the foregoing by CM/ECF on all registered CMF users.

/s/ Jessica M. Finberg
JESSICA M. FINBERG