## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JOHN DOE 1, ET AL.,                    *

     *Plaintiffs*,                    *

     v.                    *

               No. 1:24-cv-03487-JKB

WORLD WRESTLING                    *
ENTERTAINMENT, LLC, ET AL.,
     *Defendants*.                    *

  *    *    *    *    *    *    *    *    *    *    *    *

## ORDER

Upon consideration of the Intervenor Attorney General of Maryland's and Plaintiffs' Joint Consent Motion for an Enlargement of Time for Response Deadlines Applicable to Defendants' Motion for Judgment on the Pleadings, it is this _____ day of June, 2026, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the deadline for the Attorney General of Maryland and Plaintiffs to respond to Defendants' Motion for Judgment on the Pleadings is hereby extended four days, or until June 26, 2026; and it is further

**ORDERED** that the deadline for Defendants to reply in support of their Motion for Judgment on the Pleadings is hereby extended for four days, or until July 27, 2026.


                        _____
                        James K. Bredar
                        United States District Judge