**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN DOE 1, ET AL., | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:24-cv-03487-JKB |
| WORLD WRESTLING ENTERTAINMENT, LLC, ET AL., | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Intervenor Attorney General of Maryland.  I certify that I am admitted to practice in this Court.

Respectfully submitted,

Dated:  June 22, 2026

*/s/ Andrew W. Keir*
ANDREW W. KEIR
Federal Bar No. 29607
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
akeir@oag.maryland.gov
(410) 223-1576
(410) 576-6995 (facsimile)

*Attorney for Intervenor Attorney General of Maryland*

2

## CERTIFICATE OF SERVICE

I certify that on June 22, 2026, I served the foregoing by CM/ECF on all registered CM/ECF users.

/s/ Andrew W. Keir
ANDREW W. KEIR
Federal Bar No. 29607

2