## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JOHN DOE 1, ET AL.,                          *

     *Plaintiffs*,                        *

     v.                                *
          No. 1:24-cv-03487-JKB

WORLD WRESTLING                              *
ENTERTAINMENT, LLC, ET AL.,
                 *
     *Defendants*.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101.2(b), Jessica M. Finberg, Assistant Attorney General, moves for leave to withdraw as counsel of record on behalf of Intervenor Attorney General of Maryland.  Andrew Wray Keir remains as counsel for the Attorney General of Maryland.

Date: June 22, 2026                          Respectfully Submitted,

                                       ANTHONY G. BROWN
                                       Attorney General of Maryland

                                       */s/ Jessica M. Finberg*

                                       JESSICA M. FINBERG (Bar No. 31529)
                                       Assistant Attorney General
                                       200 St. Paul Place, 20th Floor
                                       Baltimore, Maryland 21202
                                       jfinberg@oag.maryland.gov
                                       (410) 576-6921

                                       *Attorney for Intervenor Attorney General of Maryland*

## CERTIFICATE OF SERVICE

I certify that on June 22, 2026, I served the foregoing by CM/ECF on all registered CMF users.

/s/ Jessica M. Finberg
JESSICA M. FINBERG