## **EXHIBIT A**

I, _____ state that:

1.    My address is _____ .

2.    My present employer is _____ .

3.    My present occupation or job description is _____ .

4.    I have received a copy of the Stipulation and Order of Confidentiality (the "Order") executed in the above-captioned action (the "Litigation").

5.    I have read and understand the provisions of the Order.

6.    I will comply with the provisions of the Order.

7.    I will hold in confidence, will not disclose to anyone not qualified under the Order, and will use only for purposes of this Litigation, any Confidential Discovery Material (as defined in the Order) that is disclosed to me.

8.    In accordance with the terms of the Order, I will destroy or, upon request, return to counsel for the party by whom I am employed or retained, all Confidential Discovery Material that comes into my possession.

9.    I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Order in this Litigation.


Dated:_____


_____
[INSERT]