**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN DOE 1, ET AL., | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:24-cv-03487-JKB |
| WORLD WRESTLING ENTERTAINMENT, LLC, ET AL., | * | |
| *Defendants*. | * | |

* * * * * * * * * * * *

**ORDER**

Upon consideration of the motion of Jessica M. Finberg to withdraw as counsel of record on behalf of Intervenor Attorney General of Maryland (the "Motion"), it is this 1 day of July, 2026, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Jessica M. Finberg's appearance be and is hereby withdrawn as counsel of record in this matter.

James K. Bredar
United States District Judge