**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| John Doe 1, et al., | * | |
| **Plaintiff,** | * | **Case No.** 1:24-cv-3487-JKB |
| **v.** | * | |
| World Wrestling Entertainment LLC, et al., | | |
| **Defendant.** | * | |

**<u>ENTRY OF APPEARANCE IN A CIVIL CASE</u>**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the amici curiae

I certify that I am admitted to practice in this Court.

July 2, 2026
Date

Tara Patel Digitally signed by Tara Patel Date: 2026.07.02 13:41:59 -04'00'
Signature

Tara Patel, 21360
Printed name and bar number

1620 L St. NW Suite 630
Address

tpatel@publicjustice.net
Email address

(202) 470-1060
Telephone number

Fax number