**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN DOE 1, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:24-cv-3487-JKB |

**MOTION OF PUBLIC JUSTICE, AMERICAN ASSOCIATION FOR JUSTICE, MARYLAND ASSOCIATION FOR JUSTICE, ENOUGH ABUSE, CHILD USA, NATIONAL CENTER ON SEXUAL EXPLOITATION, AND HUMAN RIGHTS FOR KIDS FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS**

Public Justice, American Association for Justice, Maryland Association for Justice, Enough Abuse, Child USA, National Center on Sexual Exploitation, and Human Rights for Kids respectfully move for leave to file a brief as amicus curiae in support of Plaintiffs' opposition to Defendants' motion for judgment on the pleadings. *See* Local R. 105.12.

Public Justice is a national public interest advocacy organization that fights against abusive corporate power and predatory practices, the assault on civil rights and liberties, and the destruction of the earth's sustainability. The organization maintains an Access to Justice Project that pursues high-impact litigation and advocacy efforts to remove procedural obstacles that unduly restrict the ability of people who have been wrongfully injured or whose civil rights have been violated to seek redress in the civil court system. Towards that end, Public Justice has a longstanding practice of fighting for survivors of sexual abuse to have their day in court. For example, Public Justice recently wrote amicus briefs in the consolidated Maryland Supreme Court

cases involving the constitutionality of the statute at issue in this case, *The Key School, Inc. v. Valerie Bunker*, *Board of Education of Hartford County v. Doe* and *Roman Catholic Archbishop of Washington v. Doe*, 489 Md. 514 (2025).

The American Association for Justice ("AAJ") is a national, voluntary bar association established in 1946 to strengthen the civil justice system, preserve the right to trial by jury, and protect access to the courts for those who have been wrongfully injured. With members in the United States, Canada, and abroad, AAJ is the world's largest plaintiff trial bar. AAJ members primarily represent plaintiffs in personal injury actions, employment rights cases, consumer cases, and other civil actions. Throughout its 80-year history, AAJ has served as a leading advocate for the right of all Americans to seek legal recourse for wrongful conduct. This case is of acute interest to AAJ, as our members advocate for the survivors of childhood sexual abuse, including those who did not disclose their abuse until well into adulthood.

The Maryland Association for Justice, Inc. ("MAJ") is a specialty bar association comprised of attorneys who represent Marylanders injured by the wrongful conduct of others. MAJ has a vital interest in the constitutional validity and interpretation of laws affecting access to the civil justice system, including the Child Victims Act and the rights it affords survivors of sexual abuse to seek redress in court.

ENOUGH ABUSE® is the nation's oldest citizen-based child-advocacy organization. Since 2002, its mission has been preventing child sexual abuse through education and evidence-based prevention curricula for schools and youth-serving organizations Through its Children's Justice Campaign, Enough Abuse advocates for laws—including statute-of-limitations reform of the kind Maryland enacted in the Child Victims Act—that give survivors a fair opportunity to hold perpetrators and the institutions that enabled them accountable.

CHILD USA is a leading nonprofit think tank dedicated to protecting children's civil rights through legal analysis and social science research. Its mission is to prevent abuse and neglect, advance justice for survivors, and remove barriers that impede child sex abuse victims from seeking accountability from individuals and institutions.

The National Center on Sexual Exploitation ("NCOSE") is a nonprofit organization that combats sexual exploitation and abuse by litigating in state and federal courts on behalf of survivors, engaging in corporate advocacy to encourage companies to adopt responsible and safe practices, particularly regarding children, and advocating for legislative reforms that protect survivors and promote human dignity.

Human Rights for Kids (HRFK) is a non-profit organization dedicated to the promotion and protection of the human rights of children. HRFK incorporates research and public education, coalition building and grassroots mobilization, as well as policy and strategic litigation, to advance critical human rights on behalf of children. A central focus of HRFK's work is advocating in state legislatures and courts for comprehensive justice reform for children consistent with the U.N. Convention on the Rights of the Child and the International Covenant on Civil and Political Rights.

Proposed amici curiae seek leave to file an amicus brief to detail the purpose of the Child Victims Act: to provide survivors of child sexual abuse with access to justice and to shift the costs of abuse away from victims. Given their collective expertise in advocating for child sex abuse victims, amici are well-positioned to describe the many barriers survivors face in pursuing their claims and to explain the importance of providing survivors with a meaningful opportunity to seek redress in light of those barriers. The purpose of the Act is important to the disposition of this case because, as the proposed amicus brief details, it helps explain why the Child Victims Act does not violate the Due Process clause because it was rationally related to a legitimate government interest,

and why the Act does not implicate the Ex Post Facto clause because it is designed to compensate survivors, not punish abusers.

The proposed brief is filed with this motion. No party authored the brief in whole or in part, and no party or its counsel contributed money to fund the preparation or submission of the brief. Public Justice has sought consent for this filing from parties' counsel. Plaintiffs have consented to the motion. Defendants do not oppose the motion.

For the foregoing reasons, Public Justice, American Association for Justice, Maryland Association for Justice, Enough Abuse, Child USA, National Center on Sexual Exploitation, and Human Rights for Kids respectfully request that the Court grant their Motion for Leave to File a Brief as Amici Curiae in Support of Plaintiffs.

June 3, 2024

Respectfully submitted,

/s/ Tara Patel
Tara Patel
Shelby Leighton*
PUBLIC JUSTICE
1620 L Street, NW, Suite 630
Washington, D.C. 20036
(202) 470-1060
tpatel@publicjustice.net

Leila Nasrolahi*
PUBLIC JUSTICE
475 14th St Unit 610
Oakland, CA 94612
(202) 861-5257
lnasrolahi@publicjustice.net

*Counsel for Amici Curiae*

**Pro hac vice motion forthcoming*