**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JOHN DOE 1, *et al.*,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **CIVIL NO. JKB-24-3487** |
| **WORLD WRESTLING ENTERTAINMENT, LLC, *et al.*,** | * | |
| | * | |
| **Defendants.** | * | |

* * * * * * * * * * * *

**<u>ORDER</u>**

For the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that Defendants World Wrestling Entertainment, LLC, Vincent K. McMahon, Linda McMahon, and TKO Group Holdings, Inc.'s Motion for Judgment on the Pleadings (ECF No. 93) is DENIED.

The Court will separately issue an order scheduling a telephone conference to discuss and establish the appropriate schedule in this case, including deadlines for discovery.

DATED this 19 day of October, 2026.

BY THE COURT:

James K. Bredar
James K. Bredar
United States District Judge