UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE
MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE

August 12, 2026

TO ALL COUNSEL OF RECORD

RE: *John Doe 1, et al. v. World Wrestling Entertainment, LLC, et al.*
Civil No: JKB-24-3487

Dear Counsel:

A TELEPHONE CONFERENCE with counsel has been set in for **November 17, 2026, at 10:00 a.m.** to discuss and establish the appropriate schedule in this case. Counsel for Plaintiff, **William Murphy, Jr.**, is asked to arrange for and distribute by email conference call information to the parties and Judge Bredar's chambers. (Please do not use videoconferencing such as ZOOM or WEBEX.)

In anticipation of our scheduling conference, enclosed is a draft scheduling order with approximate dates. Please review this draft, consult with one another and be prepared to advise the Court of the following:

(1) whether there is unanimous consent to referral of all proceedings in this case, including trial and final disposition, to a Magistrate Judge.

(2) whether there should be any changes to the dates in the draft scheduling order;

(3) whether discovery of electronically stored information may be necessary;

(4) whether you would like to defer any of the expert discovery until after summary judgment motions are resolved;

(5) the number of deposition hours needed, if any; and

(6) whether it would be appropriate to conduct a settlement conference with a Magistrate Judge either before or after discovery.

/s/

James K. Bredar
United States District Judge