ZUCKERMAN
SPAEDER

William J. Murphy
PARTNER
Zuckerman Spaeder LLP
wmurphy@zuckerman.com
410.949.1146

October 19, 2026

**VIA CM/ECF**

The Honorable James K. Bredar
c/o Clerk's Office
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: *John Doe 1, et al. v. World Wrestling, LLC, et al.*
Civil No. 24-03487-JKB

Dear Judge Bredar:

I represent defendant Linda McMahon in the above-referenced matter. The Court has just scheduled a remote scheduling conference on November 17 at 10:00 a.m. (ECF No. 116), in which I would like to take part. However, I am scheduled to present oral argument that morning in the U.S. Court of Appeals for the D.C. Circuit in *United States Institute of Peace v. Jackson*, No. 25-5185. I am hoping that the Court will be able to reschedule the remote conference in this case for a later date. If you would like, my office will try to arrange an alternative date convenient to all counsel and the Court in this matter. Thank you for your attention to this request.

Very truly yours,

*/s/ William J. Murphy*

William J. Murphy

Enclosures
cc: counsel of record