**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

John Doe 1, et al. *

**Plaintiff,**

*

**v.** **Case No.** 1:24-cv-03487

*

World Wrestling Entertainment, LLC, et al.

**Defendant.** *

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.

I certify that I am admitted to practice in this Court.

10/20/2026
Date

Signature

Sean Gugerty, Fed. Bar No. 21125
Printed name and bar number

Goodell, DeVries, Leech & Dann, LLP, One South St., 20th Fl., Baltimore, MD 21202
Address

sgugerty@gdldlaw.com
Email address

410-783-4000
Telephone number

410-783-4040
Fax number